| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| I. Person Reporting (last name, first, middle initial)  Cleland, Robert H. | 2. Court or Organization  United States District Court Eastern District of Michigan | 3. Date of Report  08/06/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  707 Theodore Levin Courthouse 231 W. Lafayette Blvd Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Seven of these entities constitute those fiduciary relationships listed as | "FR1" through "FR 6", though not necessarily in that order |
| 2. Co-Trustee | Trust 1 |
| 3. Co-Trustee | Trust |
| 4. Co-Trustee | Trust |
| 5. Trustee | Trust |
| 6. Trustee | Trust |
| 7. President | Foundation 1 |
| 8. President | Sub-Chapter S Corporation 1 |
| 9. Co-Trustee | Partnership 1 |
| 10 Member | Board of Directors Condominium Association |
| 11 Member | Investment Club |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

Cleland_Robert_H

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 08/06/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| 2008 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | Date of Report<br><br>08/06/2009 |
| --- | --- | --- |

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1  S1 | E | Dividends & Capital Gains | P1 | T | | | | | |
| 2  Fractional share of FR5 | | | | | | | | | |
| 3  CUB Investment Partnership | | | | | | | | | |
| 4  Fidelity Cash Reserves Fund | | | | | | | | | |
| 5  Fidelity Daily Income Fund | | | | | | | | | |
| 6  Florida residential real estate held for rental; ▆▆▆Cty | | | | | | | | | |
| 7  Investment Club (A fractional share of Investment Club, a Michigan Limited Liability Company; see part VIII for comments) | | | | | | | | | |
| 8  Michigan residential real estate held for rental; ▆▆▆Cty | | | | | | | | | |
| 9  ABB LTD-Spon ADR (common) | | | | | Partial Sale | 03/27 | J | None | |
| 10  ABB LTD-Spon ADR (common) | | | | | Sell | 04/04 | J | A | |
| 11  Abbott Laboratories (common) | | | | | Partial Sale | 04/15 | J | None | |
| 12  Abbott Laboratories (common) | | | | | Partial Sale | 04/21 | J | None | |
| 13  Abbott Laboratories (common) | | | | | Partial Sale | 12/08 | J | None | |
| 14  Abbott Laboratories (common) | | | | | Partial Sale | 12/11 | J | None | |
| 15  Activision Blizzard Inc (common) | | | | | Buy | 10/27 | J | | |
| 16  Activision Blizzard Inc (common) | | | | | Buy | 12/18 | J | | |
| 17  Adobe Systems Inc (common) | | | | | Partial Sale | 03/25 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:   Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (col C2)          U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/06/2009 |

VII.  Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 Adobe Systems Inc (common) | | | | | Partial Sale | 04/14 | J | None | |
| 19 Adobe Systems Inc (common) | | | | | Sell | 04/23 | J | None | |
| 20 Air Products & Chemicals Inc (common) | | | | | Partial Sale | 02/05 | J | None | |
| 21 Air Products & Chemicals Inc (common) | | | | | Partial Sale | 08/04 | J | A | |
| 22 Air Products & Chemicals Inc (common) | | | | | Partial Sale | 09/09 | J | None | |
| 23 Air Products & Chemicals Inc (common) | | | | | Partial Sale | 11/07 | J | None | |
| 24 Alcoa Inc (common) | | | | | Buy | 01/17 | J | | |
| 25 Alcoa Inc (common) | | | | | Sell | 11/03 | J | None | |
| 26 Alcon Inc (common) | | | | | Partial Sale | 02/26 | J | A | |
| 27 Alcon Inc (common) | | | | | Partial Sale | 08/28 | J | A | |
| 28 Alliance Bernstein  Cash | | | | | | | | | |
| 29 Allied Waste Industries Inc (common) | | | | | Buy | 04/04 | J | | |
| 30 Allied Waste Industries Inc (common) | | | | | Sell | 11/25 | J | None | |
| 31 Allstate Corp (common) | | | | | Buy | 03/05 | J | | |
| 32 Altria Group Inc (common) | | | | | Buy | 01/25 | J | | |
| 33 Altria Group Inc (common) | | | | | Buy | 10/01 | J | | |
| 34 Altria Group Inc (common) | | | | | Partial Sale | 02/19 | A | | |
| 35 Altria Group Inc (common) | | | | | Partial Sale | 02/26 | A | | |
| 36 America Movil-ADR Series L (common) | | | | | Sell | 01/07 | J | B | |
| 37 America Movil-ADR Series L (common) | | | | | Buy | 07/21 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less (Col C1, D3) | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal (col C2)  U=Book Value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimate | T=Cash/Market |
|---|---|---|---|

VII. Page 6    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 38 | America Movil-ADR Series L (common) | | | | | Partial Sale | 10/20 | J | None | |
| 39 | America Movil-ADR Series L (common) | | | | | Partial Sale | 11/24 | J | None | |
| 40 | American Express Co (common) | | | | | Sell | 01/11 | J | None | |
| 41 | American International Group (common) | | | | | Buy | 02/14 | | | |
| 42 | American International Group (common) | | | | | Buy | 04/21 | | | |
| 43 | American International Group (common) | | | | | Buy | 05/12 | | | |
| 44 | AmeriSourceBergen Corp (common) | | | | | Sell | 09/04 | J | None | |
| 45 | Amgen Inc (common) | | | | | Buy | 07/08 | J | | |
| 46 | Amgen Inc (common) | | | | | Buy | 07/11 | J | | |
| 47 | Apache Corp (common) | | | | | Buy | 07/22 | J | | |
| 48 | Apache Corp (common) | | | | | Buy | 07/25 | J | | |
| 49 | Apple Inc (common) | | | | | Partial Sale | 01/07 | J | D | |
| 50 | Apple Inc (common) | | | | | Sell | 01/18 | J | C | |
| 51 | Apple Inc (common) | | | | | Buy | 03/04 | J | | |
| 52 | Apple Inc (common) | | | | | Sell | 04/22 | J | B | |
| 53 | Apple Inc (common) | | | | | Buy | 06/23 | J | | |
| 54 | Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 02/27 | J | B | |
| 55 | Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 03/25 | J | A | |
| 56 | Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 06/05 | J | A | |
| 57 | Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 06/16 | J | B | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 7     INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 58 | Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 07/23 | J | A | |
| 59 | Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 11/24 | J | None | |
| 60 | Archer Daniels Midland Co (common) | | | | | Buy | 12/18 | J | | |
| 61 | Ashland Inc (common) | | | | | Buy | 03/14 | J | | |
| 62 | Ashland Inc (common) | | | | | Sell | 12/02 | J | None | |
| 63 | AT&T Inc (common) | | | | | Partial Sale | 11/07 | J | None | |
| 64 | AT&T Inc (common) | | | | | Partial Sale | 12/18 | J | None | |
| 65 | Autoliv Inc (common) | | | | | | | | | |
| 66 | Baker Hughes Inc (common) | | | | | Partial Sale | 01/17 | J | None | |
| 67 | Baker Hughes Inc (common) | | | | | Partial Sale | 02/04 | J | None | |
| 68 | Baker Hughes Inc (common) | | | | | Partial Sale | 03/25 | J | None | |
| 69 | Baker Hughes Inc (common) | | | | | Partial Sale | 04/14 | J | None | |
| 70 | Baker Hughes Inc (common) | | | | | Sell | 08/26 | J | None | |
| 71 | Bank of America Corp (common) | | | | | Buy | 03/13 | | | |
| 72 | Bank of America Corp (common) | | | | | Buy | 03/20 | | | |
| 73 | Bank of America Corp (common) | | | | | Buy | 10/07 | | | |
| 74 | Bank of America Corp (common) | | | | | Buy | 12/30 | | | |
| 75 | Bank of America Corp (common) | | | | | Partial Sale | 07/31 | J | None | |
| 76 | Baxter International Inc (common) | | | | | Buy | 05/02 | J | | |
| 77 | Baxter International Inc (common) | | | | | Buy | 07/30 | J | | |
| 78 | Baxter International Inc (common) | | | | | Buy | 10/27 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less<br>(Col B1, D4)    F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |

| 2 Val Codes:  J=$15,000 or less<br>(Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| --- | --- | --- | --- | --- |

| 3 Val Mth Codes:  Q=Appraisal<br>(col C2)        U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market |
| --- | --- | --- | --- |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 79 | Becton Dickinson & Co (common) | | | | | Buy | 04/23 | J | | |
| 80 | Becton Dickinson & Co (common) | | | | | Buy | 06/05 | J | | |
| 81 | Becton Dickinson & Co (common) | | | | | Buy | 07/25 | J | | |
| 82 | Bernstein Emerging Markets Portfolio (fund) | | | | | Buy | 11/06 | J | | |
| 83 | Bernstein Emerging Markets Portfolio (fund) | | | | | Buy | 12/09 | J | | |
| 84 | Bernstein Emerging Markets Portfolio (fund) | | | | | Partial Sale | 01/07 | J | None | |
| 85 | Bernstein Emerging Markets Portfolio (fund) | | | | | Partial Sale | 12/09 | J | None | |
| 86 | Bernstein Tax-Managed International Portfolio (fund) | | | | | Partial Sale | 01/07 | K | None | |
| 87 | Bernstein Tax-Managed International Portfolio (fund) | | | | | Partial Sale | 02/26 | K | None | |
| 88 | Bernstein Tax-Managed International Portfolio (fund) | | | | | Partial Sale | 04/14 | J | None | |
| 89 | Black & Decker Corp (common) | | | | | | | | | |
| 90 | Boeing Co (common) | | | | | Sell | 01/07 | J | A | |
| 91 | BorgWarner Automotive Inc (common) | | | | | Sell | 02/22 | J | B | |
| 92 | BP PLC (common) | | | | | Partial Sale | 12/08 | J | None | |
| 93 | Broadcom Corp - CL A (common) | | | | | Partial Sale | 02/11 | J | None | |
| 94 | Broadcom Corp - CL A (common) | | | | | Partial Sale | 04/14 | J | None | |
| 95 | Broadcom Corp - CL A (common) | | | | | Partial Sale | 07/17 | J | A | |
| 96 | Broadcom Corp - CL A (common) | | | | | Partial Sale | 10/08 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 9    INVESTMENT and TRUSTS – income, value, transactions         *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 97 | Bunge Ltd (common) | | | | | Buy | 11/07 | J | | |
| 98 | Bunge Ltd (common) | | | | | Buy | 12/08 | J | | |
| 99 | Cameron International (common) | | | | | Buy | 04/21 | J | | |
| 100 | Cardinal Health Inc (common) | | | | | Buy | 04/22 | J | | |
| 101 | Cardinal Health Inc (common) | | | | | Buy | 05/07 | J | | |
| 102 | Caterpillar Inc (common) | | | | | Buy | 01/17 | J | | |
| 103 | Caterpillar Inc (common) | | | | | Buy | 01/29 | J | | |
| 104 | Caterpillar Inc (common) | | | | | Partial Sale | 03/25 | J | None | |
| 105 | Caterpillar Inc (common) | | | | | Partial Sale | 07/07 | J | None | |
| 106 | CBS Corp - CL B (common) | | | | | | | | | |
| 107 | Celgene Corp (common) | | | | | Buy | 03/27 | J | | |
| 108 | Celgene Corp (common) | | | | | Partial Sale | 09/09 | J | A | |
| 109 | Chevron Corp (common) | | | | | Partial Sale | 11/17 | J | A | |
| 110 | Chevron Corp (common) | | | | | Partial Sale | 11/20 | J | A | |
| 111 | Chevron Corp (common) | | | | | Partial Sale | 11/21 | J | None | |
| 112 | Chevron Corp (common) | | | | | Partial Sale | 12/05 | J | A | |
| 113 | Cisco Systems Inc (common) | | | | | Partial Sale | 01/07 | J | None | |
| 114 | Cisco Systems Inc (common) | | | | | Partial Sale | 04/14 | J | None | |
| 115 | Cisco Systems Inc (common) | | | | | Partial Sale | 05/06 | J | None | |
| 116 | Citizens First Bancorp Inc (common) | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 10    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117 Citigroup Inc (common) | | | | | Buy | 01/30 | J | | |
| 118 Citigroup Inc (common) | | | | | Buy | 02/01 | J | | |
| 119 Citigroup Inc (common) | | | | | Buy | 02/06 | J | | |
| 120 Citigroup Inc (common) | | | | | Buy | 02/07 | J | | |
| 121 Citigroup Inc (common) | | | | | Buy | 02/14 | J | | |
| 122 Citigroup Inc (common) | | | | | Buy | 03/28 | J | | |
| 123 Citizens First Bancorp (common) | | | | | Buy | 02/11 | J | | |
| 124 Citizens First Bancorp (common) | | | | | Buy | 05/15 | J | | |
| 125 Citizens First Bancorp (common) | | | | | Partial Sale | 03/12 | J | None | |
| 126 Citizens First Bancorp (common) | | | | | Partial Sale | 07/31 | J | None | |
| 127 Clorox Co (common) | | | | | Sell | 02/06 | J | None | |
| 128 CME Group Inc (common) | | | | | Buy | 02/19 | J | | |
| 129 CME Group Inc (common) | | | | | Buy | 03/25 | J | | |
| 130 CME Group Inc (common) | | | | | Partial Sale | 10/08 | J | None | |
| 131 Coca Cola Co (common) | | | | | Buy | 01/25 | J | | |
| 132 Coca Cola Co (common) | | | | | Buy | 08/06 | J | | |
| 133 Colgate-Palmolive Co (common) | | | | | Buy | 03/04 | J | | |
| 134 ConocoPhillips (common) | | | | | Partial Sale | 02/27 | J | A | |
| 135 ConocoPhillips (common) | | | | | Partial Sale | 11/21 | J | None | |
| 136 ConocoPhillips (common) | | | | | Partial Sale | 11/24 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

VII. Page 11     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children.
See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137 | Constellation Energy Group (common) | | | | | Partial Sale | 03/18 | J | A | |
| 138 | Constellation Energy Group (common) | | | | | Sell | 03/25 | J | A | |
| 139 | Corning Inc (common) | | | | | Buy | 11/21 | J | | |
| 140 | Corning Inc (common) | | | | | Buy | 11/25 | J | | |
| 141 | Costco Wholesale Corp (common) | | | | | Buy | 01/29 | J | | |
| 142 | Costco Wholesale Corp (common) | | | | | Buy | 05/13 | J | | |
| 143 | Costco Wholesale Corp (common) | | | | | Buy | 06/27 | J | | |
| 144 | Costco Wholesale Corp (common) | | | | | Buy | 07/08 | J | | |
| 145 | Costco Wholesale Corp (common) | | | | | Buy | 11/26 | J | | |
| 146 | Costco Wholesale Corp (common) | | | | | Buy | 12/17 | J | | |
| 147 | Costco Wholesale Corp (common) | | | | | Partial Sale | 07/23 | J | None | |
| 148 | Costco Wholesale Corp (common) | | | | | Partial Sale | 09/09 | J | None | |
| 149 | Covidien Limited (common) | | | | | Partial Sale | 04/01 | J | | |
| 150 | Covidien Limited (common) | | | | | Sell | 05/29 | J | | |
| 151 | Deere & Co (common) | | | | | Partial Sale | 04/18 | J | None | |
| 152 | Deere & Co (common) | | | | | Partial Sale | 07/25 | J | None | |
| 153 | Deere & Co (common) | | | | | Partial Sale | 09/09 | J | None | |
| 154 | Deere & Co (common) | | | | | Partial Sale | 10/10 | J | None | |
| 155 | Deutsche Bank AG Registered (common) | | | | | Partial Sale | 04/09 | J | None | |
| 156 | Devon Energy (common) | | | | | Buy | 08/07 | J | | |
| 157 | Devon Energy (common) | | | | | Buy | 10/02 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 12    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 158  Dow Chemical (common) | | | | | Partial Sale | 06/05 | J | None | |
| 159  Dow Chemical (common) | | | | | Partial Sale | 10/07 | J | None | |
| 160  Dow Chemical (common) | | | | | Partial Sale | 11/11 | J | None | |
| 161  Dow Chemical (common) | | | | | Sell | 12/29 | J | None | |
| 162  Eastman Chemical Co (common) | | | | | Buy | 11/11 | J | | |
| 163  Eaton (common) | | | | | Partial Sale | 01/29 | J | A | |
| 164  Eaton (common) | | | | | Sell | 02/19 | J | A | |
| 165  Electronic Arts Inc (common) | | | | | Buy | 07/21 | J | | |
| 166  Electronic Arts Inc (common) | | | | | Buy | 08/08 | J | | |
| 167  Electronic Arts Inc (common) | | | | | Sell | 10/07 | J | None | |
| 168  Electronic Data Systems Corp (common) | | | | | Sell | 04/02 | J | None | |
| 169  EMC Corp/Mass (common) | | | | | Sell | 01/16 | J | None | |
| 170  Emerson Electric Co (common) | | | | | Partial Sale | 04/14 | J | None | |
| 171  Emerson Electric Co (common) | | | | | Sell | 09/09 | J | None | |
| 172  Emerson Electric Co (common) | | | | | Buy | 12/08 | J | | |
| 173  Entergy Corp (common) | | | | | Sell | 04/01 | J | A | |
| 174  EOG Res Inc (common) | | | | | Buy | 03/04 | J | | |
| 175  EOG Res Inc (common) | | | | | Buy | 03/31 | J | | |
| 176  EOG Res Inc (common) | | | | | Buy | 07/11 | J | | |
| 177  EOG Res Inc (common) | | | | | Buy | 07/17 | J | | |

1 Inc/Gain Codes: A=1,000 or less       B=$1,001-$2,500       C=2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less       K=$15,001-$50,000       L=$50,001-100,000       M=$100,001-$250,000       N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000 P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal       R=Cost (real estate only)       S=Assessment       T=Cash/Market
(col C2)       U=Book Value       V=Other       W=Estimate

VII. Page 13    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 178 | EOG Res Inc (common) | | | | | Partial Sale | 09/09 | J | None | |
| 179 | Ericsson L M Tel Co (common) | | | | | Buy | 09/17 | J | | |
| 180 | Exxon Mobile Corp (common) | | | | | Partial Sale | 02/27 | J | A | |
| 181 | Exxon Mobile Corp (common) | | | | | Partial Sale | 08/04 | J | A | |
| 182 | Exxon Mobile Corp (common) | | | | | Partial Sale | 09/04 | J | A | |
| 183 | Exxon Mobile Corp (common) | | | | | Partial Sale | 09/11 | J | A | |
| 184 | Exxon Mobile Corp (common) | | | | | Partial Sale | 09/18 | J | A | |
| 185 | Fannie Mae (common) | | | | | Buy | 01/07 | | | |
| 186 | Fannie Mae (common) | | | | | Buy | 03/27 | | | |
| 187 | Fannie Mae (common) | | | | | Partial Sale | 07/11 | J | None | |
| 188 | Fannie Mae (common) | | | | | Partial Sale | 09/17 | J | None | |
| 189 | Fifth Third Bancorp (common) | | | | | Buy | 12/17 | J | | |
| 190 | Fluor Corp (common) | | | | | Partial Sale | 03/04 | J | None | |
| 191 | Fluor Corp (common) | | | | | Partial Sale | 05/15 | J | B | |
| 192 | Fluor Corp (common) | | | | | Partial Sale | 06/16 | J | B | |
| 193 | Fluor Corp (common) | | | | | Partial Sale | 09/09 | J | None | |
| 194 | Franklin Resources Inc (common) | | | | | Partial Sale | 02/26 | J | None | |
| 195 | Franklin Resources Inc (common) | | | | | Partial Sale | 04/21 | J | None | |
| 196 | Franklin Resources Inc (common) | | | | | Partial Sale | 09/09 | J | A | |
| 197 | Freeport McMoran Copper (common) | | | | | Buy | 04/09 | J | | |
| 198 | Freeport McMoran Copper (common) | | | | | Sell | 06/10 | J | A | |

| 1 Inc/Gain Codes:  A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 14    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 199 | Flextronics Int'l Ltd (common) | | | | | Buy | 01/07 | J | | |
| 200 | Flextronics Int'l Ltd (common) | | | | | Partial Sale | 08/28 | J | None | |
| 201 | Flextronics Int'l Ltd (common) | | | | | Sell | 10/24 | J | None | |
| 202 | Gannett Co (common) | | | | | Buy | 06/12 | J | | |
| 203 | Gannett Co (common) | | | | | Buy | 06/19 | J | | |
| 204 | Genentech Inc (common) | | | | | Buy | 10/01 | J | | |
| 205 | Genentech Inc (common) | | | | | Buy | 10/09 | J | | |
| 206 | Genentech Inc (common) | | | | | Buy | 11/11 | J | | |
| 207 | Genentech Inc (common) | | | | | Partial Sale | 7/25 | J | A | |
| 208 | General Electric Co (common) | | | | | Partial Sale | 02/27 | J | A | |
| 209 | General Electric Co (common) | | | | | Partial Sale | 06/24 | J | A | |
| 210 | General Mills (common) | | | | | Buy | 11/11 | J | | |
| 211 | Genworth Financial (common) | | | | | Buy | 08/04 | J | | |
| 212 | Gilead Sciences Inc (common) | | | | | Partial Sale | 01/29 | J | A | |
| 213 | Goldman Sachs Group Inc (common) | | | | | Buy | 09/16 | | | |
| 214 | Goldman Sachs Group Inc (common) | | | | | Buy | 11/04 | | | |
| 215 | Goldman Sachs Group Inc (common) | | | | | Partial Sale | 01/29 | J | None | |
| 216 | Goldman Sachs Group Inc (common) | | | | | Partial Sale | 09/17 | J | None | |
| 217 | Google Inc-CL A (common) | | | | | Partial Sale | 01/07 | J | B | |
| 218 | Google Inc-CL A (common) | | | | | Partial Sale | 10/17 | J | None | |
| 219 | Greenfield Financial Group (common) | | | | | | | | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 15    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220 Hartford Financial Svcs Grp (common ) | | | | | Buy | 03/13 | J | | |
| 221 Hartford Financial Svcs Grp (common ) | | | | | Buy | 06/13 | J | | |
| 222 Hartford Financial Svcs Grp (common ) | | | | | Buy | 07/11 | J | | |
| 223 Hartford Financial Svcs Grp (common ) | | | | | Buy | 07/18 | J | | |
| 224 Hartford Financial Svcs Grp (common ) | | | | | Partial Sale | 12/10 | J | None | |
| 225 Hewlett-Packard Co (common) | | | | | Buy | 05/15 | J | | |
| 226 Hewlett-Packard Co (common) | | | | | Buy | 06/12 | J | | |
| 227 Hewlett-Packard Co (common) | | | | | Buy | 06/27 | J | | |
| 228 Hologic Inc (common) | | | | | Buy | 01/25 | J | | |
| 229 Hologic Inc (common) | | | | | Sell | 05/06 | J | None | |
| 230 Home Depot Inc (common) | | | | | Buy | 10/17 | J | | |
| 231 Honeywell International Inc (common) | | | | | Partial Sale | 07/23 | J | None | |
| 232 Honeywell International Inc (common) | | | | | Partial Sale | 08/04 | J | None | |
| 233 Honeywell International Inc (common) | | | | | Partial Sale | 09/09 | J | None | |
| 234 Honeywell International Inc (common) | | | | | Partial Sale | 10/01 | J | None | |
| 235 Honeywell International Inc (common) | | | | | Partial Sale | 10/16 | J | None | |
| 236 Honeywell International Inc (common) | | | | | Sell | 11/25 | J | None | |
| 237 Idearc Inc (common) | | | | | Sell | 05/01 | J | None | |
| 238 Ingersoll-Rand Co Ltd-CL A (common) | | | | | Sell | 02/13 | J | None | |
| 239 Intel Corp (common) | | | | | Buy | 09/24 | J | | |
| 240 Intel Corp (common) | | | | | Partial Sale | 01/23 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 16    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 241 Intel Corp (common) | | | | | Partial Sale | 02/29 | J | None | |
| 242 Intl Business Machines Corp (common) | | | | | Sell | 01/07 | B | | |
| 243 JC Penney Co | | | | | Buy | 02/14 | J | | |
| 244 JC Penney Co | | | | | Buy | 02/15 | J | | |
| 245 JC Penney Co | | | | | Buy | 11/19 | J | | |
| 246 JP Morgan Chase & Co (common) | | | | | Buy | 09/26 | | | |
| 247 JP Morgan Chase & Co (common) | | | | | Buy | 10/14 | | | |
| 248 JP Morgan Chase & Co (common) | | | | | Partial Sale | 04/14 | J | None | |
| 249 JP Morgan Chase & Co (common) | | | | | Partial Sale | 04/30 | J | None | |
| 250 JP Morgan Chase & Co (common) | | | | | Partial Sale | 09/08 | J | None | |
| 251 KB Home (common) | | | | | Buy | 01/17 | J | | |
| 252 KB Home (common) | | | | | Partial Sale | 12/08 | J | None | |
| 253 KB Home (common) | | | | | Sell | 12/16 | J | None | |
| 254 Kellogg Co (common) | | | | | Buy | 09/24 | J | | |
| 255 Kellogg Co (common) | | | | | Buy | 10/20 | J | | |
| 256 Kellogg Co (common) | | | | | Sell | 12/29 | J | None | |
| 257 Kohls Corp (common) | | | | | Buy | 04/25 | J | | |
| 258 Kohls Corp (common) | | | | | Buy | 08/22 | J | | |
| 259 Kohls Corp (common) | | | | | Buy | 09/22 | J | | |
| 260 Kohls Corp (common) | | | | | Partial Sale | 02/29 | J | None | |
| 261 Las Vegas Sands Corp (common) | | | | | Sell | 01/17 | J | A | |

1 Inc/Gain Codes:  A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)  F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)  O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)  U=Book Value    V=Other    W=Estimate

| 2008 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | Date of Report<br><br>08/06/2009 |
|---|---|---|

VII. Page 17    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 262 | Lehman B rothers Holdings (common) | | | | | Buy | 01/25 | | | |
| 263 | Lehman Brothers Holdings (common) | | | | | Sell | 03/17 | J | None | |
| 264 | Lincoln National Corp (common) | | | | | | | | | |
| 265 | Lockheed Martin Corp (common) | | | | | Buy | 09/24 | J | | |
| 266 | Lockheed Martin Corp (common) | | | | | Buy | 10/16 | J | | |
| 267 | Lowes Cos (common) | | | | | Buy | 10/17 | J | | |
| 268 | Macy's Inc (common) | | | | | Partial Sale | 10/30 | J | None | |
| 269 | Marathon Oil Corp (common) | | | | | Partial Sale | 02/19 | J | None | |
| 270 | Marathon Oil Corp (common) | | | | | Partial Sale | 02/27 | J | A | |
| 271 | Marathon Oil Corp (common) | | | | | Partial Sale | 03/11 | J | A | |
| 272 | Marathon Oil Corp (common) | | | | | Partial Sale | 05/30 | J | A | |
| 273 | MBIA Inc (common) | | | | | Sell | 02/05 | J | None | |
| 274 | McDonald's Corp (common) | | | | | Buy | 08/22 | J | | |
| 275 | McDonald's Corp (common) | | | | | Buy | 10/06 | J | | |
| 276 | McDonald's Corp (common) | | | | | Buy | 10/27 | J | | |
| 277 | McDonald's Corp (common) | | | | | Partial Sale | 01/03 | J | C | |
| 278 | McKesson Corp (common) | | | | | Partial Sale | 03/18 | J | None | |
| 279 | McKesson Corp (common) | | | | | Sell | 05/05 | J | None | |
| 280 | Medco Health Solutions Inc (common) | | | | | Buy | 03/04 | J | | |
| 281 | Medco Health Solutions Inc (common) | | | | | Buy | 03/31 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII.  Page 18    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 282 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 09/09 | J | None | |
| 283 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 11/07 | J | None | |
| 284 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 12/08 | J | None | |
| 285 | Memc Electronic Materials (common) | | | | | Buy | 02/05 | J | | |
| 286 | Meme Electronic Materials (common) | | | | | Buy | 04/09 | J | | |
| 287 | Memc Electronic Materials (common) | | | | | Buy | 06/06 | J | | |
| 288 | Memc Electronic Materials (common) | | | | | Buy | 06/23 | J | | |
| 289 | Memc Electronic Materials (common) | | | | | Buy | 06/27 | J | | |
| 290 | Memc Electronic Materials (common) | | | | | Partial Sale | 09/09 | None | | |
| 291 | Memc Electronic Materials (common) | | | | | Partial Sale | 09/15 | None | | |
| 292 | Memc Electronic Materials (common) | | | | | Sell | 09/24 | None | | |
| 293 | Merck & Co Inc (common) | | | | | Buy | 06/24 | J | | |
| 294 | Merck & Co Inc (common) | | | | | Buy | 06/27 | J | | |
| 295 | Merck & Co Inc (common) | | | | | Partial Sale | 02/29 | J | None | |
| 296 | Merck & Co Inc (common) | | | | | Buy | 08/05 | J | | |
| 297 | Merrill Lynch & Co (common) | | | | | Buy | 05/06 | J | | |
| 298 | Merrill Lynch & Co (common) | | | | | Buy | 08/22 | J | | |
| 299 | Merrill Lynch & Co (common) | | | | | Sell | 09/15 | J | None | |
| 300 | MetLife Inc (common) | | | | | Buy | 10/08 | J | | |
| 301 | MetLife Inc (common) | | | | | Buy | 11/19 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less (Col C1, D3) | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal (col C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| U=Book Value | V=Other | W=Estimate | |

VII. Page 19    INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>**Description of Assets**<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 302  MetLife Inc (common) | | | | | Partial Sale | 04/21 | J | None | |
| 303  MetLife Inc (common) | | | | | Partial Sale | 07/23 | J | None | |
| 304  Microsoft Corp (common) | | | | | Partial Sale | 04/14 | J | None | |
| 305  Microsoft Corp (common) | | | | | Partial Sale | 06/25 | J | None | |
| 306  Molson Coors Brewing Co (common) | | | | | Buy | 11/21 | J | | |
| 307  Monsanto Co (common) | | | | | Buy | 07/11 | J | | |
| 308  Monsanto Co (common) | | | | | Buy | 07/11 | J | | |
| 309  Moody's Corp (common) | | | | | Sell | 01/10 | J | None | |
| 310  Morgan Stanley (common) | | | | | Buy | 01/07 | J | | |
| 311  Morgan Stanley (common) | | | | | Buy | 01/17 | J | | |
| 312  Motorola Inc (common) | | | | | Buy | 06/18 | J | | |
| 313  National-Oilwell Inc (common) | | | | | Buy | 04/23 | J | | |
| 314  National-Oilwell Inc (common) | | | | | Buy | 07/25 | J | | |
| 315  National-Oilwell Inc (common) | | | | | Sell | 11/14 | J | None | |
| 316  News Inc (common) | | | | | Buy | 12/01 | J | | |
| 317  News Inc (common) | | | | | Buy | 12/08 | J | | |
| 318  Nike Corp (common) | | | | | Buy | 04/30 | J | | |
| 319  Nokia Corp-Spon ADR (common) | | | | | Buy | 03/11 | J | | |
| 320  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 04/01 | J | B | |
| 321  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 05/15 | J | None | |
| 322  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 06/24 | J | None | |
| 323  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 07/08 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)         U=Book Value | V=Other | W=Estimate | |

VII. Page 20    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.

Description of Assets

*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.

Income during reporting period | | C.

Gross value at end of reporting period | | D.

Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)

Amount Code (A-H) | (2)

Type (e.g., dividend, rent or interest) | (1)

Value Code (J-P) | (2)

Value Method Code (Q-W) | (1)

Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)

Date: Month-Day | (3)

Value Code (J-P) | (4)

Gain Code (A-H) | (5)

Identity of buyer/seller (if private transaction) |
| 324  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 07/09 | J | None | |
| 325  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 08/15 | J | None | |
| 326  Nokia Corp-Spon ADR (common) | | | | | Buy | 10/06 | J | | |
| 327  Nokia Corp-Spon ADR (common) · | | | | | Buy | 11/19 | J | | |
| 328  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 12/18 | J | A | |
| 329  Northrop Grumman Corp (common) | | | | | Sell | 03/19 | J | A | |
| 330  Northrop Grumman Corp (common) | | | | | Buy | 04/25 | J | | |
| 331  Northrop Grumman Corp (common) | | | | | Partial Sale | 07/09 | J | A | |
| 332  Northrop Grumman Corp (common) | | | | | Partial Sale | 08/07 | J | A | |
| 333  Northrop Grumman Corp (common) | | | | | Sell | 09/26 | J | A | |
| 334  Nvidia Corp (common) | | | | | Buy | 09/08 | J | | |
| 335  Nvidia Corp (common) | | | | | Buy | 09/22 | J | | |
| 336  Nvidia Corp (common) | | | | | Partial Sale | 07/03 | J | None | |
| 337  Nvidia Corp (common) | | | | | Partial Sale | 07/15 | J | None | |
| 338  NYSE Euronext (common) | | | | | Partial Sale | 09/09 | J | None | |
| 339  NYSE Euronext (common) | | | | | Sell | 09/17 | J | None | |
| 340  Parker-Hannifin Corp (common) | | | | | Sell | 07/16 | J | None | |
| 341  Pepsico Inc (common) | | | | | Buy | 09/02 | J | | |
| 342  Pepsico Inc (common) | | | | | Partial Sale | 04/30 | J | None | |
| 343  Pepsico Inc (common) | | | | | Buy | 11/19 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/06/2009 |

VII. Page 21    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 344 | Pfizer Inc (common) | | | | | Sell | 08/26 | J | None | |
| 345 | Philip Morris Int'l (common) | | | | | Buy | 07/21 | J | | |
| 346 | Philip Morris Int'l (common) | | | | | Partial Sale | 05/19 | J | A | |
| 347 | Procter & Gamble Co (common) | | | | | Buy | 10/03 | J | | |
| 348 | Procter & Gamble Co (common) | | | | | Buy | 10/09 | J | | |
| 349 | Procter & Gamble Co (common) | | | | | Partial Sale | 02/05 | J | None | |
| 350 | Procter & Gamble Co (common) | | | | | Partial Sale | 04/14 | J | B | |
| 351 | Procter & Gamble Co (common) | | | | | Partial Sale | 05/13 | J | B | |
| 352 | Qualcomm Inc (common) | | | | | Buy | 06/12 | J | | |
| 353 | Qualcomm Inc (common) | | | | | Buy | 07/21 | J | | |
| 354 | Qualcomm Inc (common) | | | | | Buy | 07/30 | J | | |
| 355 | Qualcomm Inc (common) | | | | | Buy | 08/28 | J | | |
| 356 | Qualcomm Inc (common) | | | | | Buy | 10/09 | J | | |
| 357 | Qualcomm Inc (common) | | | | | Buy | 10/27 | J | | |
| 358 | Reliant Energy Inc (common) | | | | | Buy | 12/08 | J | | |
| 359 | Research in Motion (common) | | | | | Buy | 01/29 | J | | |
| 360 | Research in Motion (common) | | | | | Buy | 03/04 | J | | |
| 361 | Research in Motion (common) | | | | | Partial Sale | 06/17 | J | A | |
| 362 | Research in Motion (common) | | | | | Partial Sale | 09/09 | J | None | |
| 363 | Research in Motion (common) | | | | | Partial Sale | 09/26 | J | None | |
| 364 | Research in Motion (common) | | | | | Partial Sale | 10/31 | J | None | |
| 365 | Research in Motion (common) | | | | | Partial Sale | 11/11 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000 |
| (Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more |

| 2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market |
| (col C2)    U=Book Value    V=Other    W=Estimate |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 22    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 366  Rio Tinto (common) | | | | | Buy | 5/29 | J | | |
| 367  Rio Tinto (common) | | | | | Sell | 08/07 | J | None | |
| 368  Royal Dutch Shell PLC-ADR (common) | | | | | Buy | 04/03 | J | | |
| 369  Royal Dutch Shell PLC-ADR (common) | | | | | Buy | 04/04 | J | | |
| 370  Ryder System Inc (common) | | | | | Buy | 05/06 | J | | |
| 371  Ryder System Inc (common) | | | | | Sell | 11/20 | J | None | |
| 372  Safeway Inc (common) | | | | | | | | | |
| 373  Salesforce.com (common) | | | | | Buy | 05/30 | J | | |
| 374  Salesforce.com (common) | | | | | ·Sell | 09/12 | J | None | |
| 375  Sanofi Synthelabo (common) | | | | | Buy | 12/19 | J | | |
| 376  Sara Lee Corp (common) | | | | | Partial Sale | 02/07 | J | None | |
| 377  Sara Lee Corp (common) | | | | | Sell | 02/14 | J | None | |
| 378  Schering-Plough Corp (common) | | | | | Buy | 03/27 | J | | |
| 379  Schering-Plough Corp (common) | | | | | Buy | 03/28 | J | | |
| 380  Schering-Plough Corp (common) | | | | | Buy | 07/09 | J | | |
| 381  Schering-Plough Corp (common) | | | | | Partial Sale | 12/18 | J | None | |
| 382  Schlumberger Ltd (common) | | | | | Sell | 02/26 | J | None | |
| 383  Schlumberger Ltd (common) | | | | | Buy | 10/16 | J | | |
| 384  Schlumberger Ltd (common) | | | | | Buy | 11/21 | J | | |
| 385  Schwab (Charles) Corp (common) | | | | | Buy | 10/27 | J | | |
| 386  Schwab (Charles) Corp (common) | | | | | Buy | 12/17 | J | | |

1 Inc/Gain Codes:   A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000 .    E=$15,001-$50,000
(Col B1, D4)       F=$50,000-$100,000       G=$100,001-1,000,000     H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1=$ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)           U=Book Value       V=Other                         W=Estimate

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 23    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 387 | Spirit Aerosystems Hldg-CL A (common) | | | | | Partial Sale | 04/04 | J | None | |
| 388 | Spirit Aerosystems Hldg-CL A (common) | | | | | Sell | 04/10 | J | None | |
| 389 | Sprint Nextel Corp (common) | | | | | Buy | 04/21 | J | | |
| 390 | Sprint Nextel Corp (common) | | | | | Buy | 09/15 | J | | |
| 391 | SPX Corp (common) | | | | | Partial Sale | 04/02 | J | A | |
| 392 | SPX Corp (common) | | | | | Sell | 05/07 | J | B | |
| 393 | Supervalu Inc (common) | | | | | Buy | 04/04 | J | | |
| 394 | Supervalu Inc (common) | | | | | Partial Sale | 11/03 | J | None | |
| 395 | Target Corp (common) | | | | | Partial Sale | 04/14 | J | A | |
| 396 | Target Corp (common) | | | | | Sell | 10/13 | J | None | |
| 397 | Tech Data Corp (common) | | | | | Sell | 12/12 | J | None | |
| 398 | Terex Corp (common) | | | | | Partial Sale | 03/05 | J | None | |
| 399 | Terex Corp (common) | | | | | Sell | 04/04 | J | None | |
| 400 | Teva Pharmaceutical-SP ADR (common) | | | | | Buy | 01/25 | J | | |
| 401 | Teva Pharmaceutical-SP ADR (common) | | | | | Buy | 02/07 | J | | |
| 402 | Teva Pharmaceutical-SP ADR (common) | | | | | Buy | 06/23 | J | | |
| 403 | Teva Pharmaceutical-SP ADR (common) | | | | | Buy | 07/15 | J | | |
| 404 | Teva Pharmaceutical-SP ADR (common) | | | | | Partial Sale | 12/08 | J | None | |
| 405 | Teva Pharmaceutical-SP ADR (common) | | | | | Partial Sale | 12/11 | J | None | |
| 406 | Textron Inc (common) | | | | | Buy | 03/07 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)  F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2)  U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 24    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407  Textron Inc (common) | | | | | Sell | 09/09 | J | None | |
| 408  Textron Inc (common) | | | | | Buy | 12/22 | J | | |
| 409  The Walt Disney Co (common) | | | | | Buy | 10/16 | J | | |
| 410  The Walt Disney Co (common) | | | | | Buy | 10/27 | J | | |
| 411  The Walt Disney Co (common) | | | | | Buy | 12/17 | J | | |
| 412  Time Warner Inc (common) | | | | | Buy | 06/18 | J | | |
| 413  Time Warner Inc (common) | | | | | Buy | 10/01 | J | | |
| 414  Time Warner Inc (common) | | | | | Buy | 12/05 | J | | |
| 415  TJ Companies Inc (common) | | | | | Buy | 12/19 | J | | |
| 416  Toyota Motor Corp (common) | | | | | Buy | 06/02 | J | | |
| 417  Toyota Motor Corp (common) | | | | | Buy | 06/27 | J | | |
| 418  Transocean Inc (common) | | | | | Buy | 04/23 | J | | |
| 419  Transocean Inc (common) | | | | | Partial Sale | 09/09 | J | None | |
| 420  Transocean Inc (common) | | | | | Sell | 10/17 | J | None | |
| 421  Travelers Co Inc (common) | | | | | Partial Sale | 04/17 | J | None | |
| 422  Travelers Co Inc (common) | | | | | Partial Sale | 11/28 | J | None | |
| 423  Tyco International Ltd (common) | | | | | Sell | 04/01 | J | None | |
| 424  Tyson Foods Inc (common) | | | | | Buy | 04/30 | J | | |
| 425  Tyson Foods Inc (common) | | | | | Buy | 12/19 | J | | |
| 426  Union Pacific Corp (common) | | | | | Buy | 04/23 | J | | |
| 427  United Technologies Corp (common) | | | | | Sell | 03/25 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)  F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001 -$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2)  U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 25    INVESTMENT and TRUSTS – income, value, transactions      *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 428 | Valero Energy Corp (common) | | | | | Buy | 04/08 | J | | |
| 429 | Valero Energy Corp (common) | | | | | Sell | 12/23 | J | None | |
| 430 | Verizon Communications Inc (common) | | | | | Buy | 04/21 | J | | |
| 431 | Verizon Communications Inc (common) | | | | | Partial Sale | 09/25 | J | None | |
| 432 | Viacom Inc (common) | | | | | Buy | 12/23 | J | | |
| 433 | VF Corp (common) | | | | | Partial Sale | 02/11 | J | None | |
| 434 | VF Corp (common) | | | | | Sell | 02/27 | J | None | |
| 435 | VMWare Inc (common) | | | | | Buy | 04/25 | J | | |
| 436 | VMWare Inc (common) | | | | | Sell | 07/09 | J | None | |
| 437 | Vodafone Group(common) | | | | | Partial Sale | 07/01 | J | None | |
| 438 | Vodafone Group(common) | | | | | Sell | 07/17 | J | A | |
| 439 | Wachovia Corp (common) | | | | | Buy | 03/31 | J | | |
| 440 | Wachovia Corp (common) | | | | | Buy | 04/01 | J | | |
| 441 | Wachovia Corp (common) | | | | | Partial Sale | 09/26 | J | None | |
| 442 | Wachovia Corp (common) | | | | | Sell | 09/29 | J | None | |
| 443 | Wal-Mart Stores (common) | | | | | Buy | 02/11 | J | | |
| 444 | Wal-Mart Stores (common) | | | | | Buy | 05/29 | J | | |
| 445 | Wal-Mart Stores (common) | | | | | Buy | 10/06 | J | | |
| 446 | Wal-Mart Stores (common) | | | | | Buy | 10/09 | J | | |
| 447 | WellPoint Inc (common) | | | | | Partial Sale | 01/29 | J | A | |
| 448 | WellPoint Inc (common) | | | | | Partial Sale | 02/26 | J | A | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 26    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 449 | WellPoint Inc (common) | | | | | Sell | 03/20 | J | None | |
| 450 | Western Digital Corp (common) | | | | | Buy | 06/11 | J | | |
| 451 | Western Digital Corp (common) | | | | | Buy | 08/22 | J | | |
| 452 | Western Digital Corp (common) | | | | | Buy | 08/29 | J | | |
| 453 | Western Digital Corp (common) | | | | | Buy | 09/16 | J | | |
| 454 | Wisconsin Energy Corp (common) | | | | | Partial Sale | 02/26 | J | A | |
| 455 | Wisconsin Energy Corp (common) | | | | | Sell | 03/04 | J | A | |
| 456 | Wrigley William Jr. Co (common) | | | | | Buy | 01/30 | J | | |
| 457 | Wrigley William Jr. Co (common) | | | | | Buy | 02/05 | J | | |
| 458 | Wrigley William Jr. Co (common) | | | | | Buy | 02/19 | J | | |
| 459 | Wrigley William Jr. Co (common) | | | | | Buy | 03/04 | J | | |
| 460 | Wrigley William Jr. Co (common) | | | | | Partial Sale | 05/06 | J | A | |
| 461 | Wrigley William Jr. Co (common) | | | | | Partial Sale | 09/25 | J | B | |
| 462 | Wrigley William Jr. Co (common) | | | | | Sell | 10/07 | J | B | |
| 463 | Wrigley William Jr. Co (common) | | | | | Sell | 09/25 | J | B | |
| 464 | Wyeth (common) | | | | | Buy | 08/28 | J | | |
| 465 | XL Capital Ltd (common) | | | | | Buy | 09/02 | J | | |
| 466 | XL Capital Ltd (common) | | | | | Buy | 09/17 | J | | |
| 467 | Yum! Brands Inc (common) | | | | | Buy | 03/04 | J | | |
| 468 | Yum! Brands Inc (common) | | | | | Sell | 07/22 | J | A | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| 2008 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | Date of Report<br><br>08/06/2009 |
|---|---|---|

VII. Page 27    INVESTMENT and TRUSTS – income, value, transactions        *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 469 **S2** | E | Dividend & Capital Gains | O | T | | | | | |
| 470 DFA Emerging Market Core Equity Fund | | | | | | | | | Should have been listed as partial sale on 2007 report; line 399 |
| 471 DFA Large Cap International Fund | | | | | Sell | 01/11 | J | A | |
| 472 DFA International Value Fund | | | | | Sell | 02/20 | K | A | Should have been listed as partial sale on 2007 report; line 400 |
| 473 Financial Select Sector SPDR ETF | | | | | Buy | 08/13 | K | | |
| 474 Forward Int'l Small Companies (common) | | | | | Sell | 01/30 | K | None | Should have been listed as partial sale on 2007 report; line 406 |
| 475 Greenfield Commercial Credit LLC | | | | | | | | | |
| 476 Hennessy Focus 30 Fund | | | | | Partial Sale | 03/03 | J | None | |
| 477 Hennessy Focus 30 Fund | | | | | Sell | 09/09 | J | None | |
| 478 iShares Dow Jones Select Dividend Index Fund | | | | | Sell | 08/12 | K | None | |
| 479 iShares S&P 500/Barra Growth Fund | | | | | Partial Sale | 03/03 | J | None | |
| 480 Lincoln National (common) | | | | | | | | | |
| 481 Marketfield Fund | | | | | Buy | 10/15 | K | | |
| 482 Matthews Asian Growth and Income Fund | | | | | Buy | 10/15 | J | | |
| 483 S&P Dep Rcpts/Spdrs Trust | | | | | Partial Sale | 03/03 | K | None | |
| 484 S&P Dep Rcpts/Spdrs Trust | | | | | Partial Sale | 09/09 | K | None | |
| 485 S&P Dep Rcpts/Spdrs Trust | | | | | Sell | 10/10 | K | None | |
| 486 Third Avenue Value Fund | | | | | Buy | 02/21 | J | | |

1 Inc/Gain Codes:    A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)    U=Book Value    V=Other        W=Estimate

VII. Page 28    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 487  Tweedy Browne Global Value Fund | | | | | Buy | 01/31 | K | | |
| 488  **IRA1** | D | Dividend & Capital Gains | N | T | | | | | |
| 489  Artio Global High Income Fund | | | | | Buy | 11/05 | J | | |
| 490  DFA Emerging Market Core Equity | | | | | Buy | 04/09 | J | | |
| 491  DFA International Value Fund | | | | | Sell | 02/20 | J | None | |
| 492  DFA Large Cap Fund | | | | | | | | | Mistyped name on 2007 Report; line 422 - should have been DFA Large Cap Int'l Fund |
| 493  DFA Large Cap Int'l | | | | | Buy | 04/08 | J | | |
| 494  DFA US Large Cap Value Fund | | | | | | | | | |
| 495  DFA US Vector Equity | | | | | Buy | 04/08 | J | | |
| 496  Financial Select Sector SPDR ETF | | | | | Buy | 08/13 | J | | |
| 497  Forward Int'l Small Companies Fund | | | | | Sell | 1/30 | J | None | |
| 498  Hennessy Focus 30 - Inst'l Shs | | | | | | | | | |
| 499  Hodges Growth Fund | | | | | Partial Sale | 04/08 | J02 | None | |
| 500  Hodges Growth Fund | | | | | Sell | 11/24 | K | None | |
| 501  Hodges Small Cap | | | | | Buy | 11/25 | K | | |
| 502  Hussman Strategic Growth | | | | | Buy | 12/01 | K | | |
| 503  iShares Dow Jones Select Dividend Fund | | | | | Sell | 08/12 | J | None | |
| 504  iShares S&P 500 Growth Index Fund | | | | | | | | | |
| 505  iShares TR Russell2000 Growth Index Fund | | | | | Partial Sale | 04/08 | J | None | |
| 506  Marketfield Fund | | | | | Buy | 10/15 | J | | |

1 Inc/Gain Codes:   A=1,000 or less   B=$1,001-$2,500   C=2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col B1, D4)   F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col C1, D3)   O=500,000-$1,000,000   P1=$ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(col C2)   U=Book Value   V=Other   W=Estimate

VII. Page 29    INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 507  Matthews Asian Growth & Income Fund | | | | | Sell | 04/08 | J | None | |
| 508  Matthews Asian Growth & Income Fund | | | | | Buy | 10/15 | J | | |
| 509  Powershares QQQ Trust | | | | | Partial Sale | 04/08 | J | None | |
| 510  Powershares QQQ Trust | | | | | Sell | 11/03 | J | None | |
| 511  S&P Dep Rcpts/Spdrs Trust | | | | | Buy | 04/11 | J | | |
| 512  S&P Dep Rcpts/Spdrs Trust | | | | | Sell | 10/10 | K | None | |
| 513  Third Avenue Value | | | | | Buy | 02/21 | J | | |
| 514  Third Avenue Value | | | | | Buy | 04/09 | J | | |
| 515  Tweedy Browne Global Value Fund | | | | | Buy | 01/31 | J | | |
| 516  Tweedy Borwne Global Vallue FUnd | | | | | Buy | 04/08 | J | | |
| 517  Vanguard Growth ETF | | | | | Partial Sale | 04/08 | J | None | |
| 518  Vanguard Growth ETF | | | | | Sell | 11/26 | K | None | |
| 519  **IRA2** | B | Dividend & Capital Gains | J | T | | | | | |
| 520  Artio Global High Income Fund | | | | | Buy | 11/05 | K | | |
| 521  Marketfield Fund | | | | | Buy | 10/15 | J | | |
| 522  Matthews Asian Growth & Income Fund | | | | | Buy | 10/15 | J | | |
| 523  Powershares QQQ Trust Fund | | | | | Sell | 11/03 | K | None | |
| 524  S&P Dep Rcpts/Spdrs Trust | | | | | Sell | 10/10 | K | None | |
| 525  **FR1** | D | Dividends & Capital Gains | N | T | | | | | |
| 526  Artio Total Return Bond Fund fka Julius Baer Total Return Bond Fund | | | | | | | | | |

| 1 Inc/Gain Codes:  A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000 |
| (Col B1, D4)      F=$50,000-$100,000          G=$100,001-1,000,000          H=$1,000,001-$5,000,000          H2=$5,000,001 or more |

| 2 Val Codes:  J=$15,000 or less          K=$15,001-$50,000          L=$50,001-100,000          M=$100,001-$250,000          N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000  P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market |
| (col C2)          U=Book Value          V=Other          W=Estimate |

VII. Page 30    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527  DFA 1-Year Fixed Income Fund | | | | | Sell | 12/15 | K | A | |
| 528  DFA Emerging Market Core Equity Fund | | | | | | | | | Should have been listed as partial sale on 2007 report; line 445 |
| 529  DFA International Value Fund | | | | | Sell | 2/20 | J | B | |
| 530  DFA Large Cap International Fund | | | | | | | | | |
| 531  DFA US Large Cap Value Fund | | | | | | | | | |
| 532  Fidelity Cash Reserves Fund | | | | | | | | | |
| 533  Financial Select Sector SPDR ETF | | | | | Buy | 08/13 | J | | |
| 534  Forward Intenational Small Companies Fund | | | | | Sell | 1/30 | J | A | |
| 535  Goldman Core Fixed Income Fund | | | | | | | | | |
| 536  Hodges Growth Fund | | | | | Sell | 11/24 | J | None | |
| 537  Hussman Strategic Growth Fund | | | | | Buy | 12/01 | J | | |
| 538  iShares Dow Jones Select Dividend | | | | | Sell | 08/12 | J | None | |
| 539  iShares S&P 500/Barra Growth Fund | | | | | | | | | |
| 540  iShares TR Russell 2000 Growth Index Fund | | | | | | | | | |
| 541  Julius Baer Total Return Bond Fund | | | | | See Artio Total Return Bond Fund above | | | | |
| 542  Lincoln National (common) | | | | | | | | | |
| 543  Marketfield Fund | | | | | Buy | 10/15 | K | | |
| 544  Matthews Asian Growth & Income Fund | | | | | Buy | 10/15 | J | | |
| 545  Powershares QQQ Trust Fund | | | | | Sell | 11/03 | J | None | |
| 546  Third Avenue Value Fund | | | | | Buy | 02/21 | J | | |
| 547  Tweedy Browne Global Value Fund | | | | | Buy | 1/31 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 31    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 548 Vanguard Growth ETF Fund | | | | | Sell | 12/01 | J | None | |
| 549 **FR2** | E | Dividend & Capital Gains | N | T | | | | | |
| 550 Artio Global High Income Fund | | | | | Buy | 11/05 | K | | |
| 551 CUB Investment Partnership | | | | | | | | | |
| 552 DFA Emerging Market Core Equity | | | | | | | | | **Should have been listed as partial sale on 2007 report; line 474** |
| 553 DFA International Value Fund | | | | | Sell | 02/20 | K | B | |
| 554 DFA Large Cap International Fund | | | | | | | | | |
| 555 DFA US Large Cap Value Fund | | | | | | | | | |
| 556 DFA US Vector Equity Fund | | | | | | | | | |
| 557 Financial Select Sector SPDR ETF | | | | | Buy | 08/13 | K | | |
| 558 Forward Internat'l Small Co (common) | | | | | Sell | 01/30 | K | B | |
| 559 Greenfield Commercial Credit (common) | | | | | | | | | |
| 560 Hennessy Focus 30 Fund | | | | | Buy | 01/25 | J | | |
| 561 Hodges Growth Fund | | | | | Sell | 11/24 | J | None | |
| 562 Hodges Small Cap Fund | | | | | Buy | 11/25 | J | | |
| 563 Hussman Strategic Growth Fund | | | | | Buy | 12/01 | J | | |
| 564 iShares Dow Jones Select Dividend Fund | | | | | Sell | 08/12 | K | None | |
| 565 iShares S&P 500/Barra Growth Index Fund | | | | | | | | | |
| 566 iShares TR Russell2000 Growth Index Fund | | | | | | | | | |
| 567 Lincoln National (common) | | | | | | | | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 32    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 568 Marketfield Fund | | | | | Buy | 10/15 | K | | |
| 569 Matthews Asian Growth and Income | | | | | Buy | 06/24 | K | | |
| 570 Powershares QQQ Trust Fund | | | | | Sell | 11/03 | K | None | |
| 571 S&P Dep Rcpts/Spdrs Trust Fund | | | | | Sell | 10/10 | K | None | |
| 572 Third Avenue Value Fund | | | | | Buy | 02/21 | K | | |
| 573 Tweedy Browme Global Value Fund | | | | | Buy | 01/31 | K | | |
| 574 Vanguard Growth ETF | | | | | Sell | 11/26 | J | None | |
| 575 **FR3** | E | Dividend & Capital Gains | O | T | | | | | |
| 576 Artio Global High Income Fund | | | | | Buy | 11/05 | K | | |
| 577 CUB Investment Partnership | | | | | | | | | |
| 578 DFA Emerging Market Core Equity | | | | | | | | | **Should have been listed as partial sale on 2007 report; line 506** |
| 579 DFA International Value Fund | | | | | Sell | 02/20 | K | B | |
| 580 DFA Large Cap International Fund | | | | | | | | | |
| 581 DFA US Large Cap Value Fund | | | | | | | | | |
| 582 DFA US Vector Equity Fund | | | | | | | | | |
| 583 Financial Select Sector SPDR ETF | | | | | Buy | 08/13 | K | | |
| 584 Forward Internat'l Small Co (common) | | | | | Sell | 01/30 | K | B | |
| 585 Greenfield Commercial Credit (common) | | | | | | | | | |
| 586 Hennessy Focus 30 Fund | | | | | Buy | 01/25 | J | | |
| 587 Hodges Growth Fund | | | | | Sell | 11/24 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 33    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 588 Hodges Small Cap Fund | | | | | Buy | 11/25 | J | | |
| 589 Hussman Strategic Growth Fund | | | | | Buy | 12/01 | J | | |
| 590 iShares Dow Jones Select Dividend Fund | | | | | Sell | 08/12 | K | None | |
| 591 iShares S&P 500/Barra Growth Index Fund | | | | | | | | | |
| 592 iShares TR Russell2000 Growth Index Fund | | | | | | | | | |
| 593 Lincoln National (common) | | | | | | | | | |
| 594 Marketfield Fund | | | | | Buy | 10/15 | K | | |
| 595 Matthews Asian Growth and Income | | | | | Buy | 06/24 | K | | |
| 596 Powershares QQQ Trust Fund | | | | | Sell | 11/03 | K | None | |
| 597 S&P Dep Rcpts/Spdrs Trust Fund | | | | | Sell | 10/10 | K | None | |
| 598 Third Avenue Value Fund | | | | | Buy | 02/21 | K | | |
| 599 Tweedy Browme Global Value Fund | | | | | Buy | 01/31 | K | | |
| 600 Vanguard Growth ETF | | | | | Sell | 11/26 | J | None | |
| 601 **FR4** | E | Dividend & Capital Gains | O | T | | | | | |
| 602 BP PLC Sponsored ADR | | | | | | | | | |
| 603 Lincoln National (common) | | | | | | | | | |
| 604 Nisource (common) | | | | | | | | | |
| 605 Fidelity Spartan Florida Municipal Income Fund | | | | | | | | | |
| 606 Fidelity Fund (MM) | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|

| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
|---|---|---|---|---|

| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market |
|---|---|---|---|

VII. Page 34    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 607  **FR5** | F | Dividend & Capital Gains | P1 | T | | | | | |
| 608  ABB LTD-Spon ADR (common) | | | | | Partial Sale | 04/01 | J | None | |
| 609  ABB LTD-Spon ADR (common) | | | | | Partial Sale | 04/02 | J | None | |
| 610  ABB LTD-Spon ADR (common) | | | | | Sell | 04/04 | J | None | |
| 611  Abbott Laboratories (common) | | | | | Buy | 03/11 | J | | |
| 612  Abbott Laboratories (common) | | | | | Partial Sale | 05/13 | J | A | |
| 613  Abbott Laboratories (common) | | | | | Partial Sale | 11/19 | J | A | |
| 614  Abbott Laboratories (common) | | | | | Partial Sale | 12/11 | J | None | |
| 615  Accenture Ltd (common) | | | | | Sell | 01/17 | J | A | |
| 616  Activision Blizzard Inc (common) | | | | | Buy | 11/13 | J | | |
| 617  Activision Blizzard Inc (common) | | | | | Buy | 12/22 | J | | |
| 618  Adobe Systems Inc (common) | | | | | Partial Sale | 03/19 | J | None | |
| 619  Adobe Systems Inc (common) | | | | | Partial Sale | 03/25 | J | None | |
| 620  Adobe Systems Inc (common) | | | | | Sell | 04/23 | J | None | |
| 621  Aflac Inc (common) | | | | | Buy | 12/22 | J | | |
| 622  Air Products & Chemicals Inc (common) | | | | | Partial Sale | 01/29 | J | None | |
| 623  Air Products & Chemicals Inc (common) | | | | | Partial Sale | 06/27 | J | A | |
| 624  Air Products & Chemicals Inc (common) | | | | | Partial Sale | 10/20 | J | None | |
| 625  Alcoa Inc (common) | | | | | Partial Sale | 04/01 | J | None | |
| 626  Alcoa Inc (common) | | | | | Partial Sale | 07/21 | J | None | |
| 627  Alcoa Inc (common) | | | | | Sell | 07/24 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less (Col C1, D3) | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal (col C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/06/2009 |

VII. Page 35    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 628 | Alcon Inc (common) | | | | | Partial Sale | 06/13 | J | A | |
| 629 | Alcon Inc (common) | | | | | Partial Sale | 11/19 | J | None | |
| 630 | Alliance Bernstein Cash | | | | | | | | | |
| 631 | Allstate Corp (common) | | | | | | | | | |
| 632 | Altria Group (common) | | | | | Buy | 01/17 | J | | |
| 633 | Altria Group Inc (common) | | | | | Partial Sale | 02/12 | J | A | |
| 634 | Altria Group Inc (common) | | | | | Sell | 04/11 | J | None | |
| 635 | America Movil-ADR Series L (common) | | | | | Buy | 06/27 | J | | |
| 636 | America Movil-ADR Series L (common) | | | | | Buy | 07/01 | J | | |
| 637 | America Movil-ADR Series L (common) | | | | | Partial Sale | 01/29 | J | C | |
| 638 | America Movil-ADR Series L (common) | | | | | Partial Sale | 10/20 | J | None | |
| 639 | America Movil-ADR Series L (common) | | | | | Sell | 11/24 | J | None | |
| 640 | American Express Co (common) | | | | | Sell | 1/11 | J | None | |
| 641 | American Int'l Group, Inc (common) | | | | | Buy | 02/12 | J | | |
| 642 | American Int'l Group, Inc (common) | | | | | Buy | 02/14 | J | | |
| 643 | American Int'l Group, Inc (common) | | | | | Buy | 03/17 | J | | |
| 644 | American Int'l Group, Inc (common) | | | | | Buy | 04/24 | J | | |
| 645 | American Int'l Group, Inc (common) | | | | | Buy | 05/12 | J | | |
| 646 | AmeriSourceBergen Corp (common) | | | | | Sell | 09/04 | J | None | |
| 647 | Amgen Inc | | | | | Buy | 07/08 | J | | |
| 648 | Amgen Inc | | | | | Buy | 10/21 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 36    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children.*
*See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 649 Apache Corp (common) | | | | | Buy | 07/23 | J | | |
| 650 Apache Corp (common) | | | | | Buy | 07/25 | J | | |
| 651 Apache Corp (common) | | | | | Buy | 08/05 | J | | |
| 652 Apache Corp (common) | | | | | Buy | 08/07 | J | | |
| 653 Apache Corp (common) | | | | | Buy | 10/21 | J | | |
| 654 Apple Computer Inc (common) | | | | | Buy | 02/25 | J | | |
| 655 Apple Computer Inc (common) | | | | | Buy | 03/04 | J | | |
| 656 Apple Computer Inc (common) | | | | | Buy | 03/27 | J | | |
| 657 Apple Computer Inc (common) | | | | | Buy | 06/23 | J | | |
| 658 Apple Computer Inc (common) | | | | | Buy | 10/03 | J | | |
| 659 Apple Computer Inc (common) | | | | | Partial Sale | 01/18 | K | E | |
| 660 Apple Computer Inc (common) | | | | | Partial Sale | 0/22 | J | D | |
| 661 Apple Computer Inc (common) | | | | | Partial Sale | 12/08 | J | None | |
| 662 Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 03/25 | J | B | |
| 663 Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 03/25 | J | B | |
| 664 Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 05/29 | J | A | |
| 665 Arcelormittal SA Luxembourg (common) | | | | | Partial Sale | 06/16 | J | B | |
| 666 Arcelormittal SA Luxembourg (common) | | | | | Sell | 11/24 | J | None | |
| 667 Arrow Electronics Inc (common) | | | | | Sell | 11/24 | J | None | |
| 668 Ashland Inc (common) | | | | | Buy | 04/02 | J | | |
| 669 Ashland Inc (common) | | | | | Sell | 12/02 | J | None | |
| 670 AT&T Inc (common) | | | | | Partial Sale | 12/18 | J | None | |
| 671 Autoliv Inc (common) | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/06/2009 |

VII. Page 37    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 672 Baker Hughes Inc (common) | | | | | Partial Sale | 01/17 | J | None | |
| 673 Baker Hughes Inc (common) | | | | | Partial Sale | 02/04 | J | None | |
| 674 Baker Hughes Inc (common) | | | | | Partial Sale | 03/25 | J | None | |
| 675 Baker Hughes Inc (common) | | | | | Partial Sale | 05/07 | J | A | |
| 676 Baker Hughes Inc (common) | | | | | Sell | 08/08 | J | None | |
| 677 Bank of America Corp (common) | | | | | Buy | 09/23 | J | | |
| 678 Bank of America Corp (common) | | | | | Buy | 12/30 | J | | |
| 679 Bank of New York Mellon fka Bank of New York (common) | | | | | Previously sold - see note | | | | Merged to become Bank of New York Mellon in July 2007 - all shares sold as New York Mellon on 12/10(2007 Report; line 620) |
| 680 Baxter International Inc (common) | | | | | Buy | 05/02 | J | | |
| 681 Baxter International Inc (common) | | | | | Buy | 08/07 | J | | |
| 682 Baxter International Inc (common) | | | | | Buy | 08/12 | J | | |
| 683 Becton Dickinson & Co (common) | | | | | Buy | 04/15 | J | | |
| 684 Becton Dickinson & Co (common) | | | | | Buy | 07/14 | J | | |
| 685 Becton Dickinson & Co (common) | | | | | Buy | 10/01 | J | | |
| 686 Bernstein Tax-managed Int'l Portfolio | | | | | Buy | 11/06 | J | | |
| 687 Bernstein Tax-managed Int'l Portfolio | | | | | Buy | 12/09 | J | | |
| 688 Bernstein Emerging Markets Portfolio | | | | | Buy | 12/09 | J | | |
| 689 Black & Decker Corp (common) | | | | | | | | | |
| 690 Boeing Co (common) | | | | | Sell | 01/07 | J | A | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 38    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | *If not exempt from disclosure* | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 691 | Borg Warner Automotive Inc (common) | | | | | Sell | 02/22 | J | B | |
| 692 | BP PLC (common) | | | | | Buy | 01/23 | J | | |
| 693 | BP PLC (common) | | | | | Partial Sale | 12/08 | J | None | |
| 694 | Bristol-Myers Squibb Co (common) | | | | | Buy | 10/28 | J | | |
| 695 | Broadcom Corp - CL A (common) | | | | | Partial Sale | 02/19 | J | None | |
| 696 | Broadcom Corp - CL A (common) | | | | | Sell | 06/27 | J | A | |
| 697 | Bunge Ltd (common) | | | | | Buy | 11/07 | J | | |
| 698 | Bunge Ltd (common) | | | | | Buy | 12/08 | J | | |
| 699 | Cameron International (common) | | | | | Buy | 04/14 | J | | |
| 700 | Cardinal Health Inc | | | | | Buy | 05/07 | K | | |
| 701 | Cardinal Health Inc | | | | | Buy | 10/21 | J | | |
| 702 | Caterpillar Inc (common) | | | | | Buy | 01/29 | J | | |
| 703 | Caterpillar Inc (common) | | | | | Sell | 07/07 | J | None | |
| 704 | CBS Corp - CL B (common) | | | | | Buy | 10/22 | J | | |
| 705 | Celgene Corp (common) | | | | | Buy | 03/04 | J | | |
| 706 | Celgene Corp (common) | | | | | Buy | 03/11 | J | | |
| 707 | Chevron Corp (common) | | | | | Partial Sale | 11/17 | J | A | |
| 708 | Chevron Corp (common) | | | | | Partial Sale | 11/20 | J | A | |
| 709 | Chevron Corp (common) | | | | | Partial Sale | 11/21 | J | No ne | |
| 710 | Chevron Corp (common) | | | | | Partial Sale | 12/05 | J | A | |
| 711 | Cisco Systems (common) | | | | | Partial Sale | 04/30 | J | None | |
| 712 | Cisco Systems (common) | | | | | Partial Sale | 05/07 | J | None | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|

| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
|---|---|---|---|---|---|

| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market |
|---|---|---|---|---|

VII. Page 39    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 713 | CitiGroup Inc (common) | | | | | Buy | 01/30 | J | | |
| 714 | CitiGroup Inc (common) | | | | | Buy | 02/06 | J | | |
| 715 | CitiGroup Inc (common) | | | | | Buy | 02/07 | J | | |
| 716 | CitiGroup Inc (common) | | | | | Buy | 002/11 | J | | |
| 717 | CitiGroup Inc (common) | | | | | Buy | 002/25 | J | | |
| 718 | CitiGroup Inc (common) | | | | | Buy | 03/07 | J | | |
| 719 | CitiGroup Inc (common) | | | | | Buy | 09/22 | J | | |
| 720 | Clorox Co (common) | | | | | Sell | 02/06 | J | None | |
| 721 | CME Group Inc(common) | | | | | Buy | 01/17 | J | | |
| 722 | CME Group Inc(common) | | | | | Buy | 01/25 | J | | |
| 723 | CME Group Inc(common) | | | | | Buy | 03/25 | J | | |
| 724 | CME Group Inc(common) | | | | | Buy | 005/15 | J | | |
| 725 | CME Group Inc(common) | | | | | Buy | 010/03 | J | | |
| 726 | CME Group Inc(common) | | | | | Partial sale | 10/20 | J | None | |
| 727 | CME Group Inc(common) | | | | | Partial Sale | 12/18 | J | None | |
| 728 | Coca-Cola Co (common) | | | | | Buy | 01/17 | J | | |
| 729 | Colgate-Palmolive Co (common) | | | | | Buy | 06/23 | J | | |
| 730 | Colgate-Palmolive Co (common) | | | | | Buy | 07/17 | J | | |
| 731 | Comcast Corp-Special CL A (common) | | | | | Sell | 01/24 | J | None | |
| 732 | ConocoPhillips (common) | | | | | Buy | 01/23 | J | | |
| 733 | ConocoPhillips (common) | | | | | Partial Sale | 11/21 | J | None | |
| 734 | ConocoPhillips (common) | | | | | Partial Sale | 11/24 | J | None | |
| 735 | Constellation Energy Group (common) | | | | | Partial Sale | 03/24 | J | None | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)    O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 40    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 736 | Constellation Energy Group (common) | | | | | Partial Sale | 04/01 | J | B | |
| 737 | Constellation Energy Group (common) | | | | | Sell | 05/19 | J | A | |
| 738 | Coming Inc (common) | | | | | Buy | 11/25 | J | | |
| 739 | Costco Wholesale Corp (common) | | | | | Buy | 01/29 | J | | |
| 740 | Costco Wholesale Corp (common) | | | | | Buy | 05/13 | J | | |
| 741 | Costco Wholesale Corp (common) | | | | | Buy | 06/16 | J | | |
| 742 | Costco Wholesale Corp (common) | | | | | Buy | 06/23 | J | | |
| 743 | Costco Wholesale Corp (common) | | | | | Buy | 12/17 | J | | |
| 744 | Costco Wholesale Corp (common) | | | | | Partial Sale | 07/23 | J | None | |
| 745 | Costco Wholesale Corp (common) | | | | | Partial Sale | 08/04 | J | None | |
| 746 | Covidien Limited (common) | | | | | Sell | 04/25 | J | A | |
| 747 | Deere & Co (common) | | | | | Partial Sale | 04/18 | J | B | |
| 748 | Deere & Co (common) | | | | | Partial Sale | 04/22 | J | A | |
| 749 | Deere & Co (common) | | | | | Partial Sale | 10/10 | J | None | |
| 750 | Deutsche Bank AG Registered (Common) | | | | | | | | | |
| 751 | Devon Energy Corp (common) | | | | | Buy | 08/07 | J | | |
| 752 | Devon Energy Corp (common) | | | | | Buy | 10/02 | J | | |
| 753 | Dominion Resources Inc (common) | | | | | Buy | 10/21 | J | | |
| 754 | Dow Chemical (common) | | | | | Partial Sale | 05/01 | J | none | |
| 755 | Dow Chemical (common) | | | | | Partial Sale | 05/02 | J | none | |
| 756 | Dow Chemical (common) | | | | | Partial Sale | 10/07 | J | none | |
| 757 | Dow Chemical (common) | | | | | Partial Sale | 11/11 | J | none | |
| 758 | Dow Chemical (common) | | | | | Sell | 12/29 | J | none | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 41   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children.
See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 759  Eaton (common) | | | | | Sell | 02/19 | J | B | |
| 760  Eastman Chemical Co (common) | | | | | Buy | 10/21 | J | | |
| 761  Ebay Inc (common) | | | | | Sell | 01/09 | J | None | |
| 762  Electronic Arts Inc (common) | | | | | Buy | 7/22 | J | | |
| 763  Electronic Arts Inc (common) | | | | | Sell | 10/07 | J | None | |
| 764  Electronic Data Systems Corp (common) | | | | | Sell | 04/01 | J | None | |
| 765  EMC Corp/Mass (common) | | | | | Sell | 01/16 | J | None | |
| 766  Emerson Electric Co (common) | | | | | Buy | 12/18 | J | | |
| 767  EOG Res Inc (common) | | | | | Buy | 02/14 | J | | |
| 768  EOG Res Inc (common) | | | | | Buy | 03/07 | J | | |
| 769  EOG Res Inc (common) | | | | | Buy | 03/31 | J | | |
| 770  EOG Res Inc (common) | | | | | Buy | 07/08 | J | | |
| 771  EOG Res Inc (common) | | | | | Buy | 07/15 | J | | |
| 772  EOG Res Inc (common) | | | | | Buy | 07/17 | J | | |
| 773  EOG Res Inc (common) | | | | | Partial Sale | 10/01 | J | None | |
| 774  Ericsson L M Tel Co (common) | | | | | Buy | 10/09 | J | | |
| 775  Ericsson L M Tel Co (common) | | | | | Buy | 10/15 | J | | |
| 776  Exxon Mobile Corp (common) | | | | | Buy | 02/11 | J | | |
| 777  Exxon Mobile Corp (common) | | | | | Partial Sale | 08/04 | J | None | |
| 778  Exxon Mobile Corp (common) | | | | | Partial Sale | 08/28 | J | None | |
| 779  Exxon Mobile Corp (common) | | | | | Partial Sale | 09/11 | J | A | |
| 780  Exxon Mobile Corp (common) | | | | | Partial Sale | 09/18 | J | A | |
| 781  Fannie Mae (common) | | | | | Buy | 03/24 | J | | |

1 Inc/Gain Codes:   A=1,000 or less       B=$1,001-$2,500       C=2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
(Col B1, D4)       F=$50,000-$100,000    G=$100,001-1,000,000  H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less       K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)   O=500,000-$1,000,000   P1=$ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal       R=Cost (real estate only)       S=Assessment       T=Cash/Market
(col C2)       U=Book Value       V=Other       W=Estimate

VII. Page 42    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 782 Fannie Mae (common) | | | | | Buy | 04/14 | J | | |
| 783 Fannie Mae (common) | | | | | Partial Sale | 07/08 | J | None | |
| 784 Fannie Mae (common) | | | | | Partial Sale | 07/11 | J | None | |
| 785 Fannie Mae (common) | | | | | Sell | 09/17 | J | None | |
| 786 Fifth Third Bancorp (common) | | | | | Buy | 12/17 | J | | |
| 787 Flextronics Intl Ltd (common) | | | | | Partial Sale | 08/28 | J | None | |
| 788 Flextronics Intl Ltd (common) | | | | | Sell | 10/24 | J | None | |
| 789 Fluor Corp (common) | | | | | Partial Sale | 02/19 | J | C | |
| 790 Fluor Corp (common) | | | | | Partial Sale | 07/14 | J | C | |
| 791 Fluor Corp (common) | | | | | Partial Sale | 11/18 | J | None | |
| 792 Foster Wheeler Ltd (common) | | | | | Buy | 04/24 | J | | |
| 793 Foster Wheeler Ltd (common) | | | | | Sell | 09/08 | J | None | |
| 794 Franklin Resources Inc (common) | | | | | Partial Sale | 2/12 | J | None | |
| 795 Franklin Resources Inc (common) | | | | | Partial Sale | 4/21 | J | None | |
| 796 Franklin Resources Inc (common) | | | | | Partial Sale | 10/20 | J | None | |
| 797 Freeport McMoran Copper (commmon) | | | | | Buy | 04/09 | J | | |
| 798 Freeport McMoran Copper (commmon) | | | | | Sell | 06/10 | J | A | |
| 799 Freddie Mac (common) | | | | | Buy | 03/14 | J | | |
| 800 Freddie Mac (common) | | | | | Sell | 9/17 | J | None | |
| 801 Gannett Co | | | | | Buy | 05/30 | J | | |
| 802 Gannett Co | | | | | Buy | 06/24 | J | | |
| 803 Gannett Co | | | | | Buy | 06/25 | J | | |
| 804 Gannett Co | | | | | Sell | | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII.   Page 43      INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 805 Genentech Inc (common) | | | | | Buy | 10/03 | J | | | |
| 806 Genentech Inc (common) | | | | | Buy | 10/09 | J | | | |
| 807 Genentech Inc (common) | | | | | Partial Sale | 01/29 | J | None | | |
| 808 General Electric Co (common) | | | | | Partial Sale | 06/24 | J | None | | |
| 809 General Mills Inc (common) | | | | | Buy | 11/13 | J | | | |
| 810 Genworth Financial Inc (common) | | | | | Buy | 07/28 | J | | | |
| 811 Gilead Sciences Inc (common) | | | | | Buy | 10/03 | J | | | |
| 812 Gilead Sciences Inc (common) | | | | | Partial Sale | 06/12 | J | B | | |
| 813 Gilead Sciences Inc (common) | | | | | Partial Sale | 12/08 | J | None | | |
| 814 Goldman Sachs Group Inc (common) | | | | | Partial Sale | 02/01 | J | B | | |
| 815 Goldman Sachs Group Inc (common) | | | | | Buy | 03/27 | J | | | |
| 816 Goldman Sachs Group Inc (common) | | | | | Buy | 09/09 | J | | | |
| 817 Goldman Sachs Group Inc (common) | | | | | Buy | 09/12 | J | | | |
| 818 Goldman Sachs Group Inc (common) | | | | | Partial Sale | 09/17 | J | None | | |
| 819 Goldman Sachs Group Inc (common) | | | | | Buy | 12/03 | J | | | |
| 820 Goldman Sachs Group Inc (common) | | | | | Buy | 12/22 | J | | | |
| 821 Google Inc-CL A (common) | | | | | Buy | 10/09 | J | | | |
| 822 Google Inc-CL A (common) | | | | | Partial Sale | 10/20 | J | B | | |
| 823 Hartford Financial Services Group (common) | | | | | Buy | 02/26 | J | | | |
| 824 Hartford Financial Services Group (common) | | | | | Buy | 06/06 | J | | | |
| 825 Hartford Financial Services Group (common) | | | | | Buy | 06/17 | J | | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)   F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|

| 2 Val Codes: J=$15,000 or less (Col C1, D3)   O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
|---|---|---|---|---|

| 3 Val Mth Codes: Q=Appraisal (col C2)   U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market |
|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 44    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 826  Hartford Financial Services Group (common) | | | | | Buy | 07/21 | J | | |
| 827  Hartford Financial Services Group (common) | | | | | Partial Sale | 12/10 | J | None | |
| 828  Hewlett-Packard Co (common) | | | | | Buy | 01/17 | J | | |
| 829  Hewlett-Packard Co (common) | | | | | Buy | 04/25 | J | | |
| 830  Hewlett-Packard Co (common) | | | | | Buy | 05/15 | J | | |
| 831  Hewlett-Packard Co (common) | | | | | Buy | 06/05 | J | | |
| 832  Hewlett-Packard Co (common) | | | | | Buy | 07/01 | J | | |
| 833  Hewlett-Packard Co (common) | | | | | Buy | 09/29 | J | | |
| 834  Hewlett-Packard Co (common) | | | | | Partial Sale | 12/08 | J | None | |
| 835  Hologic Inc (common) | | | | | Buy | 01/25 | J | | |
| 836  Hologic Inc (common) | | | | | Sell | 05/06 | J | None | |
| 837  Home Depot Inc (common) | | | | | Buy | 10/22 | J | | |
| 838  Honeywell International Inc (common) | | | | | Partial Sale | 10/01 | J | None | |
| 839  Honeywell International Inc (common) | | | | | Partial Sale | 10/16 | J | None | |
| 840  Honeywell International Inc (common) | | | | | Sell | 11/25 | J | None | |
| 841  Idearc Inc (common) | | | | | Sell | 05/01 | J | None | |
| 842  Ingersoll Rand Co Ltd (common) | | | | | Sell | 02/13 | J | A | |
| 843  Ingram Micro Inc (common) | | | | | Buy | 08/22 | J | | |
| 844  Intel Corp (common) | | | | | Buy | 09/24 | J | | |
| 845  Intel Corp (common) | | | | | Partial Sale | 01/07 | J | None | |
| 846  Intel Corp (common) | | | | | Partial Sale | 01/23 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/06/2009 |

VII.  Page 45    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 847  Intel Corp (common) | | | | | Partial Sale | 02/29 | J | None | |
| 848  Intl Business Machines Corp (common) | | | | | Sell | 01/28 | J | C | |
| 849  JC Penney Co (common) | | | | | Buy | 02/21 | J | | |
| 850  JC Penney Co (common) | | | | | Buy | 10/21 | J | | |
| 851  JC Penney Co (common) | | | | | Buy | 10/28 | J | | |
| 852  JP Morgan Chase & Co (common) | | | | | Buy | 01/04 | J | | |
| 853  JP Morgan Chase & Co (common) | | | | | Partial Sale | 05/01 | J | A | |
| 854  JP Morgan Chase & Co(common) | | | | | Partial Sale | 05/02 | J | A | |
| 855  JP Morgan Chase & Co (common) | | | | | Partial Sale | 09/08 | J | None | |
| 856  JP Morgan Chase & Co (common) | | | | | Buy | 09/26 | J | | |
| 857  JP Morgan Chase & Co (common) | | | | | Buy | 10/14 | K | | |
| 858  KB Home (common) | | | | | Buy | 01/17 | J | | |
| 859  KB Home (common) | | | | | Sell | 12/16 | J | None | |
| 860  Kellogg Co (common) | | | | | Buy | 09/24 | J | | |
| 861  Kellogg Co (common) | | | | | Buy | 10/16 | J | | |
| 862  Kellogg Co (common) | | | | | Buy | 11/21 | J | | |
| 863  Kellogg Co (common) | | | | | Sell | 12/29 | J | None | |
| 864  Kohls Corp (common) | | | | | Buy | 06/12 | J | | |
| 865  Kohls Corp (common) | | | | | Buy | 09/22 | J | | |
| 866  Kohls Corp (common) | | | | | Partial Sale | 10/20 | J | None | |
| 867  Kraft Foods Inc (common) | | | | | Sell | 1/29 | J | A | |
| 868  Las Vegas Sands Corp (common) | | | | | Sell | 01/17 | J | A | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 46    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 869 Lehman Brothers Holdings | | | | | Buy | 01/17 | J | | |
| 870 Lehman Brothers Holdings | | | | | Sell | 03/17 | J | None | |
| 871 Lincoln National (common) | | | | | | | | | |
| 872 Lowe's Cos (common) | | | | | Buy | 10/27 | J | | |
| 873 Lockheed Martin Inc (comon) | | | | | Buy | 09/24 | J | | |
| 874 Lockheed Martin Inc (comon) | | | | | Buy | 10/16 | J | | |
| 875 Macy's Inc (common) | | | | | Partial Sale | 10/30 | J | None | |
| 876 Marathon Oil Corp (common) | | | | | Partial Sale | 03/11 | J | A | |
| 877 Marathon Oil Corp (common) | | | | | Sell | 05/30 | J | None | |
| 878 MBIA Inc (common) | | | | | Sell | 02/05 | J | None | |
| 879 McDonald's Corp (common) | | | | | Buy | 10/06 | J | | |
| 880 McDonalds Corp (common) | | | | | Buy | 11/19 | J | | |
| 881 McDonalds Corp (common) | | | | | Buy | 11/26 | J | | |
| 882 McDonalds Corp (common) | | | | | Partial Sale | 01/03 | J | B | |
| 883 McDonalds Corp (common) | | | | | Partial Sale | 02/19 | J | B | |
| 884 McKesson Corp (common) | | | | | Partial Sale | 03/18 | J | None | |
| 885 McKesson Corp (common) | | | | | Sell | 05/05 | J | None | |
| 886 Medco Health Solutions Inc (common) | | | | | Buy | 01/25 | J | | |
| 887 Medco Health Solutions Inc (common) | | | | | Buy | 03/27 | J | | |
| 888 Medco Health Solutions Inc (common) | | | | | Partial Sale | 10/01 | J | None | |
| 889 Medco Health Solutions Inc (common) | | | | | Partial Sale | 11/07 | J | None | |
| 890 Memc Electronic Materials Inc (common) | | | | | Buy | 02/05 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less (Col C1, D3) | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal (col C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| U=Book Value | V=Other | W=Estimate | |

VII. Page 47    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children.*
*See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 891  Memc Electronic Materials Inc (common) | | | | | Buy | 04/04 | J | | |
| 892  Memc Electronic Materials Inc (common) | | | | | Buy | 06/06 | J | | |
| 893  Memc Electronic Materials Inc (common) | | | | | Buy | 06/27 | J | | |
| 894  Memc Electronic Materials Inc (common) | | | | | Partial Sale | 09/12 | J | None | |
| 895  Memc Electronic Materials Inc (common) | | | | | Partial Sale | 09/15 | J | None | |
| 896  Memc Electronic Materials Inc (common) | | | | | Sell | 09/24 | J | None | |
| 897  Merck & Co Inc (common) | | | | | Buy | 06/05 | J | | |
| 898  Merck & Co Inc (common) | | | | | Buy | 06/27 | J | | |
| 899  Merck & Co Inc (common) | | | | | Buy | 07/03 | J | | |
| 900  Merck & Co Inc (common) | | | | | Buy | 08/06 | J | | |
| 901  Merck & Co Inc (common) | | | | | Partial Sale | 03/04 | J | None | |
| 902  Merrill Lynch & Co Inc (common) | | | | | Buy | 05/06 | J | | |
| 903  Merrill Lynch & Co Inc (common) | | | | | Buy | 08/22 | J | | |
| 904  Merrill Lynch & Co Inc (common) | | | | | Sell | 09/15 | J | None | |
| 905  MetLife Inc (common) | | | | | Buy | 10/08 | J | | |
| 906  MetLife Inc (common) | | | | | Buy | 10/21 | J | | |
| 907  MetLife Inc (common) | | | | | Partial Sale | 04/21 | J | None | |
| 908  MetLife Inc (common) | | | | | Partial Sale | 07/23 | J | None | |
| 909  Microsoft Corp (common) | | | | | Partial Sale | 06/24 | J | None | |
| 910  Molson Coors Brewing Co (common) | | | | | Buy | 11/21 | J | | |
| 911  Monsanto Co (common) | | | | | Buy | 07/11 | J | | |
| 912  Monsanto Co (common) | | | | | Buy | 09/29 | J | | |
| 913  Monsanto Co (common) | | | | | Partial Sale | 01/07 | J | D | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 48   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 914  Monsanto Co (common) | | | | | Partial Sale | 10/20 | J | None | |
| 915  Monsanto Co (common) | | | | | Partial Sale | 11/19 | J | None | |
| 916  Morgan Stanley (common) | | | | | Buy | 01/07 | J | None | |
| 917  Motorola Inc (common) | | | | | Buy | 06/24 | J | | |
| 918  National-Oilwell Inc (common) | | | | | Buy | 04/23 | J | | |
| 919  National-Oilwell Inc (common) | | | | | Buy | 07/25 | J | | |
| 920  National-Oilwell Inc (common) | | | | | Sell | 11/14 | J | None | |
| 921  News Corp (common) | | | | | Buy | 12/01 | J | | |
| 922  News Corp (common) | | | | | Buy | 12/08 | J | | |
| 923  Nike Inc (common) | | | | | Buy | 05/02 | J | | |
| 924  Nokia Corp-Spon ADR (common) | | | | | Buy | 02/05 | J | | |
| 925  Nokia Corp-Spon ADR (common) | | | | | Buy | 10/06 | J | | |
| 926  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 04/01 | J | B | |
| 927  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 05/29 | J | None | |
| 928  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 06/27 | J | None | |
| 929  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 07/18 | J | None | |
| 930  Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 08/15 | J | None | |
| 931  Northrop Grumman Corp (common) | | | | | Partial Sale | 03/19 | J | A | |
| 932  Northrop Grumman Corp (common) | | | | | Partial Sale | 06/12 | J | None | |
| 933  Northrop Grumman Corp (common) | | | | | Partial Sale | 08/07 | J | None | |
| 934  Northrop Grumman Corp (common) | | | | | Sell | 09/26 | J | None | |
| 935  Nvidia Corp (common) | | | | | Buy | 09/22 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
|---|---|---|---|---|---|

| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market |
|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 49    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936 Nvidia Corp (common) | | | | | Partial Sale | 07/03 | J | None | |
| 937 Nvidia Corp (common) | | | | | Partial Sale | 07/15 | J | None | |
| 938 NYSE Euronext (common) | | | | | Partial Sale | 08/26 | J | None | |
| 939 NYSE Euronext (common) | | | | | Sell | 09/17 | J | None | |
| 940 Office Depot Inc (common) | | | | | Sell | | J | | |
| 941 Owens Illinois Inc (common) | | | | | Sell | 12/05 | J | A | |
| 942 Parker-Hannifin Corp (common) | | | | | Sell | 08/11 | J | A | |
| 943 Pepsico Inc (common) | | | | | Buy | 01/17 | J | | |
| 944 Pfizer Inc (common) | | | | | Partial Sale | 08/26 | J | None | |
| 945 Philip Morris International (common) | | | | | Buy | 07/09 | J | | |
| 946 Philip Morris International (common) | | | | | Partial Sale | 05/29 | J | A | |
| 947 Philip Morris International (common) | | | | | Partial Sale | 12/18 | J | None | |
| 948 Procter & Gamble Co (common) | | | | | Buy | 10/01 | J | | |
| 949 Procter & Gamble Co (common) | | | | | Buy | 10/03 | J | | |
| 950 Procter & Gamble Co (common) | | | | | Buy | 11/20 | J | | |
| 951 Procter & Gamble Co (common) | | | | | Partial Sale | 04/18 | J | A | |
| 952 Procter & Gamble Co (common) | | | | | Partial Sale | 05/01 | J | A | |
| 953 Procter & Gamble Co (common) | | | | | Partial Sale | 12/18 | J | None | |
| 954 Qualcomm Inc (common) | | | | | Buy | 06/12 | J | | |
| 955 Qualcomm Inc (common) | | | | | Buy | 06/12 | J | | |
| 956 Qualcomm Inc (common) | | | | | Buy | 08/12 | J | | |
| 957 Qualcomm Inc (common) | | | | | Buy | 10/03 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 50    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 958  Reliant Energy Inc (common) | | | | | Buy | 12/08 | J | | |
| 959  Research in Motion (common) | | | | | Buy | 01/07 | J | | |
| 960  Research in Motion (common) | | | | | Buy | 02/04 | J | | |
| 961  Research in Motion (common) | | | | | Buy | 02/07 | J | | |
| 962  Research in Motion (common) | | | | | Partial Sale | 06/17 | J | C | |
| 963  Research in Motion (common) | | | | | Partial Sale | 09/26 | J | None | |
| 964  Research in Motion (common) | | | | | Partial Sale | 10/20 | J | None | |
| 965  Research in Motion (common) | | | | | Sell | 11/11 | J | None | |
| 966  Rio Tinto (common) | | | | | Buy | 5/29 | J | | |
| 967  Rio Tinto (common) | | | | | Sell | 08/07 | J | None | |
| 968  Royal Dutch Shell PLC-ADR (common) | | | | | Buy | 04/04 | K | | |
| 969  Ryder System Inc (common) | | | | | Buy | 05/06 | J | | |
| 970  Ryder System Inc (common) | | | | | Sell | 11/20 | J | None | |
| 971  Safeway Inc (common) | | | | | Buy | 10/21 | J | | |
| 972  Safeway Inc (common) | | | | | Partial Sale | 12/18 | J | None | |
| 973  Salesforce.com Inc (common) | | | | | Buy | 05/30 | J | | |
| 974  Salesforce.com Inc (common) | | | | | Sell | 09/12 | J | None | |
| 975  Sanofi Synthelabo (common) | | | | | Buy | 12/19 | J | | |
| 976  Sara Lee Corp (common) | | | | | Sell | 02/07 | J | None | |
| 977  Schering-Plough Corp (common) | | | | | Buy | 04/29 | J | | |
| 978  Schering-Plough Corp (common) | | | | | Buy | 07/09 | J | | |
| 979  Schering-Plough Corp (common) | | | | | Partial Sale | 12/18 | J | None | |
| 980  Schlumberger Ltd (common) | | | | | Buy | 11/21 | J | | |

1 Inc/Gain Codes: A=1,000 or less      B=$1,001-$2,500      C=2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market
(col C2)      U=Book Value      V=Other      W=Estimate

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Robert H. Cleland | | 08/06/2009 |

VII. Page 51    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 981 | Schwab (Charles) Corp (common) | | | | | Buy | 11/13 | J | | |
| 982 | Schwab (Charles) Corp (common) | | | | | Partial Sale | 02/19 | J | None | |
| 983 | Spirit Aerosystems Hldg-CL A (common) | | | | | Sell | 04/10 | J | None | |
| 984 | Sprint Nextel Corp (common) | | | | | Buy | 02/26 | J | | |
| 985 | Sprint Nextel Corp (common) | | | | | Buy | 04/14 | J | | |
| 986 | Sprint Nextel Corp (common) | | | | | Buy | 04/21 | J | | |
| 987 | Sprint Nextel Corp (common) | | | | | Buy | 09/15 | J | | |
| 988 | Sprint Nextel Corp (common) | | | | | Buy | 09/24 | J | | |
| 989 | Sprint Nextel Corp (common) | | | | | Partial Sale | 06/13 | J | None | |
| 990 | Supervalu Inc (common) | | | | | Buy | 01/18 | J | | |
| 991 | Supervalu Inc (common) | | | | | Partial Sale | 11/03 | J | None | |
| 992 | Target Corp (common) | | | | | Partial Sale | 01/07 | J | A | |
| 993 | Target Corp (common) | | | | | Partial Sale | 07/30 | J | None | |
| 994 | Target Corp (common) | | | | | Sell | 10/13 | J | None | |
| 995 | Tech Data Corp (common) | | | | | Sell | 12/12 | J | None | |
| 996 | Terex Corp (common) | | | | | Partial Sale | 03/05 | J | None | |
| 997 | Terex Corp (common) | | | | | Sell | 04/04 | J | None | |
| 998 | Teva Pharmaceutical Industries (common) | | | | | Buy | 01/29 | J | | |
| 999 | Teva Pharmaceutical Industries (common) | | | | | Buy | 06/05 | J | | |
| 1000 | Teva Pharmaceutical Industries (common) | | | | | Buy | 07/16 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/06/2009 |

VII. Page 52     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1001 Teva Pharmaceutical Industries (common) | | | | | Buy | 07/25 | J | | |
| 1002 Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 11/07 | J | None | |
| 1003 Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 12/11 | J | None | |
| 1004 Textron Inc (common) | | | | | Buy | 02/11 | J | | |
| 1005 Textron Inc (common) | | | | | Buy | 07/01 | J | | |
| 1006 Textron Inc (common) | | | | | Partial Sale | 08/29 | J | None | |
| 1007 Textron Inc (common) | | | | | Partial Sale | 09/19 | J | None | |
| 1008 The Walt Disney Co (common) | | | | | Buy | 10/16 | J | | |
| 1009 The Walt Disney Co (common) | | | | | Buy | 11/26 | J | | |
| 1010 The Walt Disney Co (common) | | | | | Buy | 12/17 | J | | |
| 1011 Time Warner Inc (common) | | | | | Buy | 10/21 | J | | |
| 1012 Time Warner Inc (common) | | | | | Buy | 12/05 | J | | |
| 1013 Time Warner Inc (common) | | | | | Buy | 12/08 | J | | |
| 1014 Total SA-Spon (common) | | | | | Buy | 04/04 | J | | |
| 1015 Total SA-Spon (common) | | | | | Sell | 12/19 | J | None | |
| 1016 Toyota Motor Corp (common) | | | | | Buy | 06/02 | J | | |
| 1017 Transocean Inc (common) | | | | | Buy | 04/23 | J | | |
| 1018 Transocean Inc (common) | | | | | Buy | 06/23 | J | | |
| 1019 Transocean Inc (common) | | | | | Partial Sale | 08/08 | J | None | |
| 1020 Transocean Inc (common) | | | | | Sell | 10/17 | J | None | |
| 1021 Travelers Companies Inc (common) | | | | | Partial Sale | 04/17 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 53    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1022 Travelers Companies Inc (common) | | | | | Partial Sale | 11/28 | J | None | |
| 1023 Tyco Electronics (common) | | | | | Sell | 04/01 | J | None | |
| 1024 Tyco International Ltd (common) | | | | | Sell | 06/12 | J | None | |
| 1025 Tyson Foods Inc (common) | | | | | Buy | 06/17 | J | | |
| 1026 Union Pacific Corp (common) | | | | | Buy | 04/23 | J | | |
| 1027 United Technologies Corp (common) | | | | | Sell | 02/07 | J | None | |
| 1028 Valero Energy Corp (common) | | | | | Buy | 04/08 | J | | |
| 1029 Valero Energy Corp (common) | | | | | Sell | 12/23 | J | None | |
| 1030 Verizon Communications Inc (common) | | | | | Buy | 04/01 | J | | |
| 1031 Verizon Communications Inc (common) | | | | | Partial Sale | 09/25 | J | None | |
| 1032 VF Corp (common) | | | | | Sell | 08/05 | J | None | |
| 1033 Viacom Inc (common) | | | | | Buy | 12/29 | J | | |
| 1034 VMWare Inc (common) | | | | | Buy | 04/25 | J | | |
| 1035 VMWare Inc (common) | | | | | Sell | 07/09 | J | None | |
| 1036 Vodafone Group PLC -SP ADR (common) | | | | | Partial Sale | 07/01 | J | None | |
| 1037 Vodafone Group PLC -SP ADR (common) | | | | | Sell | 07/17 | J | None | |
| 1038 Wachovia Corp (common) | | | | | Buy | 03/31 | J | | |
| 1039 Wachovia Corp (common) | | | | | Buy | 04/01 | J | | |
| 1040 Wachovia Corp (common) | | | | | Partial Sale | 09/26 | J | | |
| 1041 Wachovia Corp (common) | | | | | Sell | 09/29 | J | | |
| 1042 Wal-Mart Stores, Inc (common) | | | | | Buy | 02/14 | J | | |
| 1043 Wal-Mart Stores, Inc (common) | | | | | Buy | 08/04 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:  (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes:  (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/06/2009 |

VII. Page 54    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1044 Wal-Mart Stores, Inc (common) | | | | | Buy | 08/12 | J | | |
| 1045 Wal-Mart Stores, Inc (common) | | | | | Buy | 10/06 | J | | |
| 1046 Wal-Mart Stores, Inc (common) | | | | | Buy | 10/09 | J | | |
| 1047 WellPoint Inc (common) | | | | | Partial Sale | 02/11 | J | None | |
| 1048 WellPoint Inc (common) | | | | | Partial Sale | 03/07 | J | None | |
| 1049 WellPoint Inc (common) | | | | | Sell | 03/20 | J | None | |
| 1050 Western Digital Corp (common) | | | | | Buy | 06/11 | J | | |
| 1051 Western Digital Corp (common) | | | | | Buy | 08/22 | J | | |
| 1052 Western Digital Corp (common) | | | | | Buy | 09/08 | J | | |
| 1053 Wisconsin Energy Corp (common) | | | | | Buy | 10/21 | J | | |
| 1054 Wrigley William Jr. Co (common) | | | | | Buy | 03/11 | J | | |
| 1055 Wrigley William Jr. Co (common) | | | | | Buy | 04/25 | J | | |
| 1056 Wrigley William Jr. Co (common) | | | | | Partial Sale | 09/12 | J | B | |
| 1057 Wrigley William Jr. Co (common) | | | | | Partial Sale | 09/25 | J | B | |
| 1058 Wrigley William Jr. Co (common) | | | | | Partial Sale | 09/30 | J | C | |
| 1059 Wrigley William Jr. Co (common) | | | | | Sell | 10/07 | J | C | |
| 1060 Wyeth | | | | | Buy | 08/28 | J | | |
| 1061 Wyeth | | | | | Buy | 10/21 | J | | |
| 1062 XL Capital LTD (common) | | | | | Buy | 09/02 | J | | |
| 1063 Yum! Brands Inc (common) | | | | | Buy | 02/26 | J | | |
| 1064 Yum! Brands Inc (common) | | | | | Sell | 07/22 | J | None | |
| 1065 **FR6** | A | Interest/ Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)      F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,000-$50,000 |
|---|---|---|---|---|
| 2 Val Codes:   J=$15,000 or less (Col C1, D3)  O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes:   Q=Appraisal (col C2)        U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/06/2009 |

VII.  Page 55     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1066  Fidelity Cash Reserves | | | | | | | | | |
| 1067 | | | | | | | | | |
| 1066 | | | | | | | | | |
| 1067 | | | | | | | | | |
| 1068 | | | | | | | | | |
| 1069 | | | | | | | | | |
| 1070 | | | | | | | | | |
| 1071 | | | | | | | | | |
| 1072 | | | | | | | | | |
| 1073 | | | | | | | | | |
| 1074 | | | | | | | | | |
| 1075 | | | | | | | | | |
| 1076 | | | | | | | | | |
| 1077 | | | | | | | | | |
| 1078 | | | | | | | | | |
| 1079 | | | | | | | | | |
| 1080 | | | | | | | | | |
| 1081 | | | | | | | | | |
| 1082 | | | | | | | | | |
| 1083 | | | | | | | | | |
| 1084 | | | | | | | | | |
| 1085 | | | | | | | | | |
| 1086 | | | | | | | | | |
| 1087 | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)      F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)        U=Book Value | V=Other | W=Estimate | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: "Investment Club" line 7 Section VII - Investments

This entity is a Limited Liability Company, and is the equivalent of a mutual fund or limited partnership designed to engage in investment strategies. It is a "common investment fund" and the assets are not individually reported because the reporting judge does not control or influence the Company's investment decisions, which are delegated to the investment advisory division of a financial institution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544